

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAR 17  PM 12: 28

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| W.L. DOGGETT, L.L.C., D/B/A DOGGETT MACHINERY SERVICES, L.L.C. | * * * | CIVIL ACTION NO. |
| Plaintiff, | * * | |
| VERSUS | * | SECTION **08-1294** |
| UNITED STEEL SUPPLY, INC., | * * | JUDGE **SECT. S MAG 3** |
| Defendant. | * * | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes W.L. Doggett, L.L.C. d/b/a Doggett Machinery Services ("Doggett"), who submits this Complaint and shows as follows:

## PARTIES

1.

Plaintiff, Doggett, is a Texas limited liability company authorized to do and doing business in the State of Louisiana. It's sole member, William Leslie Doggett, is domiciled in the State of Texas.

290812.1

Fee 350.
✓ Process
X  Dktd
__ CtRmDep
__ Doc. No

2.

Defendant, United Steel Supply, Inc. ("United Steel"), is a Nevada corporation with a principal business establishment in Louisiana. The defendant operates in the Parish of Plaquemines while doing business in Louisiana.

## JURISDICTION

3.

This Court has jurisdiction based on diversity of citizenship, 28 U.S.C. 1332 as the parties are completely diverse and the amount in controversy is over $75,000.00.

## VENUE

4.

Venue is proper in the Eastern District because defendant's principal place of business in Louisiana is located in Plaquemines Parish.

## ALLEGATIONS

5.

On or about September 23, 2007, Doggett purchased all accounts receivables and inventory of Norwell Equipment Company d/b/a Nortrax Equipment Company South ("Nortrax"). It brings this action against United Steel to enforce several of the debts owed by United Steel.

6.

On or about May 15, 2007, United Steel presented a Purchase Order, no. USS LA-070194, to Nortrax for the purchase of a specialized excavator, namely, a 2007 John Deere 350D Excavator with a 68" Aluminum Wound, for $350,229.50. (See Purchase Order attached as Exhibit A).

290812.1

2

7.

Nortrax accepted the Purchase Order and modified the 2007 John Deere 350D Excavator to United Steel's specification.

8.

Nortrax advised United Steel that the excavator was ready for delivery and asked for payment.

9.

Despite amicable demand, United Steel has not provided payment for the 2007 John Deere 350D Excavator it ordered and is obligated to pay.

10.

Doggett demands and is entitled to specific performance – payment of $350,229.50 – and delay damages in accordance with La. Civ. Code art. 1986. Delivery of the 2007 John Deere 350D Excavator will be made upon payment in accordance with the terms of the Purchase Order.

11.

Should this court determine that specific performance is impracticable, Doggett demands compensatory damages in accordance with La. Civ. Code art. 1986 and because of United Steel's negligence in failing to perform.

12.

In addition to the allegations and damages set forth above, United Steel owes Doggett Fifty-Nine Thousand, Four Dollars and Twenty-Eight Cents ($59,004.28), together with interest, reasonable attorney's fees, and all costs of this proceeding.

13.

Nortrax performed various services and sold various goods to United Steel from June 22, 2007 to July 27, 2007.

14.

These services are represented in the following invoices: C40052 (6/22/2007); C40076 (6/22/2007); C40119 (6/22/2007); C40098 (7/26/2007); C40301 (7/26/2007); C40005 (67/27/2007); C40152 (7/27/2007); and C40153 (7/27/200) totaling $59,004.28. (Invoices attached *in globo* as Exhibit B).

15.

Each invoice provides the following terms:

> Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2 % (or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

16.

United Steel failed to make payment on receipt. Despite amicable demand, $59,004.28 remains due and owing under the terms of each invoice.

17.

Pursuant to the terms of each invoice, Doggett is entitled to recover 18% interest on the past due balances.

18.

Pursuant to the terms of each invoice, Doggett is entitled to recover reasonable attorneys fees and all costs of collection.

290812.1

4

WHEREFORE, W.L. Doggett, L.L.C. d/b/a Doggett Machinery Services, L.L.C. prays for judgment in its favor and against the defendant, United Steel Supply, Inc., for specific performance (payment of $350,229.50), delay damages, compensatory damages (should this court determine specific performance is impracticable), and the full sum of Fifty-Nine Thousand, Four Dollars and Twenty-Eight Cents ($59,004.28), together with interest at the rate of 18% per annum from the date of each invoice, reasonable attorney's fees, judicial interest, all costs of this proceeding, and for all general and equitable relief.

Respectfully submitted,

M. Brent Hicks, La Bar Roll 23778
Kyle A. Ferachi, La Bar Roll 27458
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, Louisiana 70828
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

*ATTORNEYS FOR W.L. DOGGETT, L.L.C. D/B/A DOGGETT MACHINERY SERVICES, L.L.C.*

290812.1