# UNITED STEEL SUPPLY, INC.

## PURCHASE ORDER

United Steel Supply, Inc.
25201 Paseo De Alicia, Suite 118
Laguna Hills, CA 92653
Tel: (949) 380-9900, Fax: (949) 380-9905
Email: Sabrina@UnitedCement.com

P.O. NO.: USS LA-07-194
DATE: May 15, 2007
CUSTOMER ID: Nortrax South

**VENDOR**

Nortrax South
10288 Airline Hwy.
St. Rose, LA 70087
504-466-5577

SHIP TO   United Steel Supply, Inc.
1674 Highway 39
Braithwaite, Louisiana 70040
Tel: (949) 380-9900
Fax: (949) 380-9905
Attn: Sabrina Hong Ma

| QTY | SHIPPING METHOD / DESCRIPTION | SHIPPING TERMS / UNIT PRICE | DELIVERY DATE / LINE TOTAL |
|---|---|---|---|
| 1 | 2007 John Deere J500 Excavator Winkle 65" aluminum wound | | $ 326,850.00 |
| | | | |
| | All Invoices Need to Carry Purchase Order Numbers | | |
| | As per attached Invoice. | | |

|  |  |  |
|---|---|---|
| SUBTOTAL | $ | 326,850.00 |
| Document Fees | $ | 500.00 |
| TAX | | $22,879.50 |
| TOTAL | $ | 350,229.50 |

1. Please send two copies of your invoice.
(All invoices must include United Steel Supply's PO number)

2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.

3. Please notify us immediately if you are unable to ship as specified.

4. Send all correspondence to:
United Steel Supply, Inc.
25201 Paseo De Alicia, Suite 118
Laguna Hills, CA 92653
Tel: (949) 380-9900
Fax: (949) 380-9905

*[signature]* 5/15/07
Authorized by                Date
Exec. Vice President



EXHIBIT

A