**NORTRAX**

| | | | | | | |
|---|---|---|---|---|---|---|
| Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Daradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3750 | 17312 Nor...<br>Covington, LA ...435<br>985-893-3005 | 10288 Airline Highway<br>St. Rose, LA 70087<br>504-466-5577 | 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9461 | | |
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-5294 | 5725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3326 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 |

Ship To:
```
UNITED STEEL
ATTN: PATRICK / NICK
PP
```

Invoice To:
```
UNITED EQUIPMENT & STEEL
25201 PASEO DE ALICIA
SUITE 115
LAGUNA HILLS CA  92653
```

Branch: SAINT ROSE, LA *REPRINT*
Date: 6/22/07
Time: 01:12:33 (B)
Page: 01
Account No.: UNITE041
Phone No.: 949 3809900
Invoice No.: C40052
Ship Via: 062207AJ
Salesperson: 79

### DESCRIPTION

| STK# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 023581 | SKYTRAK 80421 9228<br>80421 | 4408 | 9228 | | |

REPAIR# 01 C 1259   XMISC   05/18/07 05/19/07
REPAIR BOOM

| Part# | Description | Qty | | Price | Total |
|---|---|---|---|---|---|
| FRT | SHIP & HANDLING | 4 | | 184.60 | 738.40 |
| PM37477 | LOCTITE MEDIUM | 1 | | 25.25 | 25.25 |
| TY22087 | LUBRICANT, CHAIN | 1 | | 4.51 | 4.51 |
| 3288724 | V-BELT | 1 | N | 45.91 | 45.91 |
| 7082311 | WEAR PAD INSERT | 75 | N | 1.39 | 104.25 |
| 7082342 | WEAR PAD SHIM | 59 | N | 4.77 | 281.43 |
| 7082362 | WEAR PAD SHIM | 4 | N | 3.10 | 12.40 |
| 7096562 | PIN | 1 | N | 52.61 | 52.61 |
| 7096702 | SPACER .50 | 2 | N | 16.25 | 32.50 |
| 7096772 | SPACER | 1 | N | 64.73 | 64.73 |
| 7096882 | WEAR PAD SPACER | 12 | N | 27.34 | 328.08 |
| 7111572 | WEAR PAD | 32 | N | 18.51 | 592.32 |
| 8024032 | CHAIN KIT | 1 | N | 1126.73 | 1126.73 |
| 8024033 | CHAIN ASSY KIT | 1 | N | 528.37 | 528.37 |
| 8223436 | KEY SWITCH | 1 | N | 45.28 | 45.28 |
| 8303041 | SCREW | 3 | N | .35 | 1.05 |
| 8303620 | SCREW | 17 | N | 1.38 | 23.46 |
| 8303621 | SCREW | 16 | N | .26 | 4.16 |
| 8303675 | HEX HEAD CAP SC | 2 | N | 1.44 | 2.88 |
| 8303679 | SCREW | 6 | N | .24 | 1.44 |
| 8303681 | 3CREW | 40 | N | .33 | 13.20 |
| 8305018 | HEX NUT | 2 | N | .35 | .70 |
| 8305646 | 3/4 LOCK NUT | 4 | N | 2.16 | 8.64 |
| 8307005 | LOCKWASHER, 3/8 | 75 | N | 1.23 | 92.25 |
| 8307104 | 3/4 FLAT WASHER | 3 | N | 1.16 | 3.48 |
| 8307204 | WASHER | 45 | N | 1.37 | 61.65 |
| 8310209 | SCREW | 1 | N | 1.60 | 1.60 |
| 8310235 | SCREW | 1 | N | 5.46 | 5.46 |

CONTINUED ON PAGE 02

**EXHIBIT B**

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.



**NORTRAX**

| Masonic Drive Alexandria, LA 71301 318-442-0455 | 10110 Daredale Avenue Baton Rouge, LA 70816 225-291-3750 | 17312 Nor... ...re Covington, LA 70435 985-893-3005 | 10288 Airline Highway St. Rose, LA 70087 504-466-5577 | 3519 Hwy 90 East Broussard, LA 70518 337-837-9481 |
|---|---|---|---|---|
| 2454 McCullough Blvd. Belden, MS 38826 662-844-3212 | 1505 Corporate Ave. Memphis, TN 38132 901-345-5294 | 6725 Greenwood Road Shreveport, LA 71119 318-631-3090 | 413 South Eastman Road Longview, TX 75602 903-758-3326 | 4006 Ellen Trout Drive Lufkin, TX 75903 936-634-8801 | 7370 Frontage Road Monroe, LA 71202 318-343-8787 | 743 Airways Blvd. Jackson, TN 38301 731-422-2542 |

Ship To:
```
UNITED STEEL
ATTN: PATRICK / NICK
PP
```

Invoice To:
```
UNITED EQUIPMENT & STEEL
25201 PASEO DE ALICIA
SUITE 115
LAGUNA HILLS CA  92653
```

Branch: SAINT ROSE, LA
Date: 6/22/07
Time: 01:12:33 (B)
Page: 02
Account No.: UNITE041
Phone No.: 949 3809900
Invoice No.: C40052
Ship Via: 062207AJ
Salesperson: 79

## DESCRIPTION

```
STK#                              HRS    PIN/EIN         WARRANTY DATE     HRS
023581    SKYTRAK 80421 9228     4408    9228
          80421
8310245        SCREW              1 N    3.55                              3.55
8642224        RETAINING RING     2 N    1.37                              2.74
                                         PARTS                          4209.03
                                         LABOR                          6235.60
10401101                          REPAIR TOTAL==>                      10444.63

REPAIR# 02 C CUST   XMISC         05/18/07
REPLACE TWO TIRES

REPAIR# 03 C 1259   XMISC         06/01/07 06/01/07
PERFORM FULL ENGINE SERVICE
-N15W40        ENG OIL           12       2.65                            31.80
CH18287        FILTER ELE         1      34.75                            34.75
FRT            SHIP & HANDLING    1      15.00                            15.00
PMAF4103       AIR FILTER         1 M    22.26                            22.26
PMFF5018       FUEL FILTE         1       8.32                             8.32
PMLF3345       OIL FILTER         1      11.53                            11.53
                                         PARTS                           123.66
                                         LABOR                           241.40
10401101                          REPAIR TOTAL==>                        365.06

REPAIR# 04 C 12143 XMISC          06/06/07 06/10/07
GRAPPLE REPAIR PER JIM B. 06.06.07;10:10AM
                                         LABOR                           251.60
10401101                          REPAIR TOTAL==>                        251.60


                                 **** WORK ORDER TOTALS ****
                                         PARTS                          4332.69
                                         LABOR                          6728.60
                                 SERVICEACCESSO                          213.73
                                         CONTINUED ON PAGE 03
```

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

# NORTRAX

| | | | | | |
|---|---|---|---|---|---|
| Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Daradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3750 | 17312 Non...ve<br>Covington, LA 70435<br>985-893-3005 | 10268 Airline Highway<br>St. Rose, LA 70087<br>504-466-5577 | 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9481 | |
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-5294 | 6725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3326 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 |

**Ship To:**
UNITED STEEL
ATTN: PATRICK / NICK
PP

**Invoice To:**
UNITED EQUIPMENT & STEEL
25201 PASEO DE ALICIA
SUITE 115
LAGUNA HILLS CA  92653

**Branch:** SAINT ROSE, LA
**Date:** 6/22/07  **Time:** 01:12:33 (B)  **Page:** 03
**Account No.:** UNITE041  **Phone No.:** 949 3809900  **Invoice No.:** C40052
**Ship Via:** 062207AJ
**Purchase Order:**
**Sales Tax License No.:**
**Salesperson:** 79

## DESCRIPTION

| STK# | | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|---|
| 023581 | SKYTRAK 80421 9228<br>80421 | | 4408 | 9228 | | |
| | | ENVIRONMENTAL | | | | 213.73 |
| | | HAULING | | | | 643.66 |
| | | OUTSIDEPURCH. | | | | 6632.33 |
| | | SUB TOTAL ==> | | | | 18764.74 |
| | | 4% STATE | | | | 724.84 |
| | | 5% ST. CHARLES | | | | 906.09 |
| 062207AJ | | CUSTOMER TOTAL | | | | 20395.67 |

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NORTRAX**

| | | | | | |
|---|---|---|---|---|---|
| Masonic Drive<br>Alexandria, LA 71301<br>318-442-0465 | 10110 Daradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3750 | 17312 Norw... /e<br>Covington, LA ...435<br>985-893-3005 | 10268 Airline Highway<br>St. Rose, LA 70087<br>504-465-5577 | 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9481 | |
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-5294 | 6725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3326 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8891 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2942 |

Ship To:
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA 70040

Invoice To:
UNITED EQUIPMENT & STEEL
25201 PASEO DE ALICIA
SUITE 115
LAGUNA HILLS CA 92653

Branch: SAINT ROSE, LA *REPRINT*
Date: 6/22/07
Time: 01:12:33 (B)
Page: 01
Account No.: UNITE041
Phone No.: 949 3809900
Invoice No.: C40076
Ship Via: 062207AJ
Purchase Order: 
Sales Tax License No.: 
Salesperson: 79

### DESCRIPTION

| STK# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 023636 | BE TRAILER TRA60TC31<br>TRAILER   S | | X TRA60TC31 | | |

REPAIR# 01 C 12770 XTRAVEL          05/25/07 05/25/07
 TRAVEL TIME TO CUSTOMER JOBSITE
 OPEN PER JIM B.
                                          LABOR              825.00
10401101                          REPAIR TOTAL==>           825.00

REPAIR# 02 C 12770 XMISC            05/25/07 05/25/07
 INSPECT TRAILER. FOUND FRAME CRACKED IN SEVERNAL DIFFERENT
 PLACES. TWO HYDRAULIC LEAKS. TROUBLE SHOT BRAKES. FOUND
 CONTROL VALVE BAD.
                                          LABOR             3656.25
10401101                          REPAIR TOTAL==>          3656.25

```
                               **** WORK ORDER TOTALS ****
                                      LABOR              4481.25
                               SERVICEACCESSO             227.05
                               ENVIRONMENTAL              227.05
                               OUTSIDEPURCH.             2941.75
                                  TRUCK#15269             159.75
                                  TRUCK#36736             513.00
                               SUB TOTAL  ==>            8549.85
                                   4% STATE              341.99
                            PLAQUEMINES PARISH            256.50
062207AJ                        CUSTOMER TOTAL           9148.34
```

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.



**NORTRAX**

| | | | | | |
|---|---|---|---|---|---|
| Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Daradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3750 | 17312 Norw... ...ive<br>Covington, LA 70435<br>985-893-3005 | 10288 Airline Highway<br>St. Rose, LA 70087<br>504-466-5577 | 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9481 | |
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-5294 | 6725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3326 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-5801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 |

**Ship To:**
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA  70040

**Invoice To:**
UNITED EQUIPMENT & STEEL
25201 PASEO DE ALICIA
SUITE 115
LAGUNA HILLS CA  92653

**Branch:** SAINT ROSE, LA *REPRINT*
**Date:** 6/22/07  **Time:** 01:12:33 (B)  **Page:** 01
**Account No.:** UNITE041  **Phone No.:** 949 3809900  **Invoice No.:** C40119
**Ship Via:** 062207AJ  **Purchase Order:**
**Sales Tax License No.:**
**Salesperson:** 79

## DESCRIPTION

```
STK#                                HRS    PIN/EIN            WARRANTY DATE   HRS
620004    450LC-3 EXCAVATOR           X    FF01J3Q020772
          450LC-3                          IZU6WG1606597

REPAIR# 01 C 12022 XTRAVEL        06/04/07 06/05/07
TRAVEL TIME TO CUSTOMER JOBSITE
10401101

REPAIR# 02 C 12022 XMISC          06/04/07 06/05/07
R&R FILTERS
 AT179370          FILTER ELE           1      75.00                         75.00
 AT179371          FILTER ELE           1      77.00                         77.00
 1132402322        FILTER               1      45.38                         45.38
 4643580           A/C FILTER           1     102.00                        102.00
                                             PARTS                          299.38
 10401101                         REPAIR TOTAL==>                           299.38

REPAIR# 03 C 12022 XMISC          06/05/07
REPLACE COUPLINGS


                                   **** WORK ORDER TOTALS ****
                                            PARTS                          299.38
                                       SERVICEACCESSO                       25.00
                                        ENVIRONMENTAL                       25.00
                                        OUTSIDEPURCH.                     1972.01
                                          SUB TOTAL ==>                   2321.39
                                            4% STATE                        92.86
                                     PLAQUEMINES PARISH                     69.64
062207AJ                              CUSTOMER TOTAL                      2483.89
```

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

 **NORTRAX**

| | | | | | |
|---|---|---|---|---|---|
| 6321 Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Daradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3750 | 17312 Norwel Drive<br>Covington, LA 70435<br>985-893-3005 | 10208 Airline Highway<br>St. Rose, LA 70087<br>504-465-5577 | 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9481 | |
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-6284 | 6725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3326 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 |

Ship To:
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA 70040

Invoice To:
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA 92653

Branch: SAINT ROSE, LA *REPRINT*
Date: 7/26/07  Time: 01:15:45 (B)  Page: 01
Account No: 0000380990  Phone No: 949 3809900  Invoice No: C40098
Ship Via: 15018LG  Purchase Order: UESS-LA-07-276
Sales Tax License No.:
Salesperson: 79

## DESCRIPTION

```
STK#                              HRS   PIN/EIN           WARRANTY DATE     HRS
619802    270DLC EXCAVATOR        420   FF270DX703483
          270DLC         S              PE6068L005575
```

REPAIR# 01 C 12022 XTRAVEL       05/31/07 06/01/07
  TRAVEL TIME TO CUSTOMER JOBSITE WARRXREF C40099
  Drove to job 5-31-07 and hooked up diagnostic equipment,
  found code that said to check EGR valve. Didnt find anything
  wrong.
  united steel ask me to drive to Napa to pick up parts ,
  for them. Put items into storage area.checked hoses on 470.
  Don told me to stay on site until 4pm

```
                                      LABOR                498.75
10401101                       REPAIR TOTAL==>             498.75


                              **** WORK ORDER TOTALS ****
                                      LABOR                498.75
                              TRUCK#36736                  501.75
                              SUB TOTAL ==>              1000.50
                                    4% STATE                40.02
                           PLAQUEMINES PARISH               30.02
15018LG                         CUSTOMER TOTAL            1070.54
```

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NORTRAX**

| | | | | | |
|---|---|---|---|---|---|
| 6321 Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Daradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3750 | 17312 Norwel Drive<br>Covington, LA 70435<br>985-893-3005 | 10288 Airline Highway<br>St. Rose, LA 70087<br>504-466-5577 | 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9481 | |
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-5294 | 6725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3325 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 |

**Ship To:**
UNITED STEEL
ATTN: NICK

**Invoice To:**
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA  92653

**Branch:** SAINT ROSE, LA *REPRINT*
**Date:** 7/26/07
**Time:** 01:15:45 (B)
**Page:** 01
**Account No.:** 0000380990
**Phone No.:** 949 3809900
**Invoice No.:** C40301
**Ship Via:** 15020LG
**Purchase Order:** USS-LA-07-155
**Sales Tax License No.:**
**Salesperson:** 79

## DESCRIPTION

```
STK#                              HRS    PIN/EIN           WARRANTY DATE    HRS
619802    270DLC EXCAVATOR        340    FF270DX703483
          270DLC        S                PE6068L005575

REPAIR# 01 C 12770 XTRAVEL        07/16/07  07/18/07
TRAVEL TIME TO CUSTOMER JOBSITE
                                             LABOR                            783.75
10401101                             REPAIR TOTAL==>                          783.75

REPAIR# 02 C 12770 XMISC          07/16/07  07/17/07
INSTALL FRONT WINDSHIELD SCREEN ON JD 270DLC /SN 703483
AND
INSTALL FRONT SCREENS ON JD 744J /SN608436
PER PO.
FRT                SHIP & HANDLING     1       700.00                         700.00
W61290000          CAB GUARD           1 N    1500.00                        1500.00
704742             FRONT GUARD         1 N    1900.00                        1900.00
                                             PARTS                           4100.00
                                             LABOR                           1400.00
10401101                             REPAIR TOTAL==>                         5500.00


                                       **** WORK ORDER TOTALS ****
                                              PARTS                          4100.00
                                              LABOR                          2183.75
                                       SERVICEACCESSO                          42.00
                                       ENVIRONMENTAL                           42.00
                                          TRUCK#15269                         225.00
                                          TRUCK#36736                         348.75
                                          SUB TOTAL ==>                      6941.50
                                             4% STATE                         277.66
                                       5% ST. CHARLES                         155.45
15020LG                                CUSTOMER TOTAL                        7374.61
```

Received By _____

TERMS: Due and payable on receipt of Invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

# NORTRAX

| | | | | | |
|---|---|---|---|---|---|
| 6321 Masonic Drive Alexandria, LA 71301 318-442-0455 | 10110 Daradale Avenue Baton Rouge, LA 70816 225-291-3750 | 17312 Norwal Drive Covington, LA 70435 985-893-3005 | 10288 Airline Highway St. Rose, LA 70087 504-466-5577 | 3519 Hwy 90 East Broussard, LA 70518 337-837-9481 |
| 2454 McCullough Blvd. Belden, MS 38826 662-844-3212 | 1505 Corporate Ave. Memphis, TN 38132 901-345-5294 | 6725 Greenwood Road Shreveport, LA 71119 318-631-3090 | 413 South Eastman Road Longview, TX 75602 903-758-3328 | 4006 Ellen Trout Drive Lufkin, TX 75903 936-634-8801 | 7370 Frontage Road Monroe, LA 71202 318-343-8787 | 743 Airways Blvd. Jackson, TN 38301 731-422-2542 |

**Ship To:**
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA   70040

**Invoice To:**
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA   92653

**Branch:** SAINT ROSE, LA *REPRINT*
**Date:** 7/27/07
**Time:** 01:18:11 (B)
**Page:** 01
**Account No.** 0000380990
**Phone No.** 949 3809900
**Invoice No.** C40005
**Ship Via:** 15061LG
**Purchase Order:** NEED PO
**Sales Tax License No.**
**Salesperson:** 79

## DESCRIPTION

| STK# | | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|---|
| 619802 | 270DLC EXCAVATOR | | 349 | FF270DX703483 | | |
| | 270DLC | S | | PE6068L005575 | | |

```
REPAIR# 01 C CUST   XTRAVEL       05/07/07 05/07/07
  TRAVEL TIME TO CUSTOMER JOBSITE

REPAIR# 02 C CUST   XQUOTE        05/07/07 05/07/07
  PARTS DELIVERED TO UNITED STEEL PER DON'S REQUEST.
  A47436JRB        CROSS OVER VALV     1 N    294.57         294.57
  FRT              SHIP & HANDLING     3      128.66         385.97
  T56112           ELBOW FITT          2        5.92          11.84
  104025200175     BOLT                2 N      2.66           5.32
  162025000000     LOCK WASHER         2 N      3.50           7.00
  46036-03         STRAIGHT ADAPTE     4 N     17.30          69.20
  46052-03         "T" ADAPTER         2 N     34.50          69.00
  46055-22         ELBOW FITTING       4 N     26.75         107.00
  46082-07B        QUICK COUPLER       2 N     37.25          74.50
  46193-08         CLAMP               2 N     47.14          94.28
  580043-37        HOSE ASSY           2 N     64.43         128.86
  580043-53        HOSE ASSY           2 N     91.14         182.28
  580051-42        JUMP HOSE           2 N     78.57         157.14
                                              PARTS         1586.96
  10401101                         REPAIR TOTAL==>          1586.96


                            **** WORK ORDER TOTALS ****
                                      PARTS               1586.96
                                SUB TOTAL ==>             1586.96
                                   4% STATE                 63.47
                              PLAQUEMINES PARISH             47.61
15061LG                         CUSTOMER TOTAL             1698.04
```

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NORTRAX**

| | | | | | |
|---|---|---|---|---|---|
| 6321 Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Daradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3750 | 17312 Norwel Drive<br>Covington, LA 70435<br>985-893-3005 | 10288 Airline Highway<br>St. Rose, LA 70087<br>504-466-5577 | 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9481 | |
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1509 Corporate Ave.<br>Memphis, TN 38132<br>901-345-6294 | 6725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3326 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 |

**Ship To:**
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA 70040

**Invoice To:**
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA 92653

| Branch | | |
|---|---|---|
| SAINT ROSE, LA *REPRINT* | | |
| Date | Time | Page |
| 7/27/07 | 01:18:11 (B) | 01 |
| Account No. | Phone No. | Invoice No. |
| 0000380990 | 949 3809900 | C40152 |
| Ship Via | Purchase Order | |
| 15062LG | NEED PO | |
| Sales Tax License No. | | |
| | | Salesperson |
| | | 79 |

### DESCRIPTION

```
STK#                                    HRS   PIN/EIN              WARRANTY DATE      HRS
023765     MAINTENANCE CONTRACT            X MAINTENANCE CONTRACT
           MAINT              S                                                              Fold-

REPAIR# 01 C 12022 XMISC           06/13/07 06/13/07
  MODEL # HIT 450LC-3
  SERIAL # FF01J30020772
  DATE: 06.11.07       HOURS: 210
  ENGINE OVERHEAT. FOUND CLOGGED RADIATOR SCREENS. REMOVE AND
  CLEAN SCREENS. HYDRAULIC LEAK ON GRAPPLE FOUND BLOWN O-RING
  AND LOOSE FITTING. REPLACE O-RING AND MALE ADAPTER. RAN
  MACHINE. CHECK FOR LEAKS.
  DATE: 06.15.07       HOURS: 260
  BROKEN ELECTRIC CONNECTOR. INSPECT/FOUND MASHED CONNECTOR.
  CONNECTOR COULD NOT BE REPAIRED. ORDERED PARTS TO REPLACE.
  AT179370             FILTER ELE            2       75.00               150.00
  AT179371             FILTER ELE            2       77.00               154.00
  TY25852              TORQ-GARD SUPRE       6       80.08               480.48
  1132402322           FILTER                2       45.38                90.76
  4649267              FUEL FILTER           2 O     49.49                98.98
  8980088400           FUEL FILTER           2       25.43                50.86
                                                    PARTS               1025.08
  10401101                                          LABOR               1781.25
                                         REPAIR TOTAL==>                2806.33

REPAIR# 02 C 12022 XMISC           06/13/07 06/13/07
  MODEL # IRV638 VERGATRANBLER
  SERIAL # A2ZW11023
  DATE: 06.12.07       HOURS: 124
  DROVE TO JOBSITE. REMOVED DAMAGED CYLINDER AND LINES FROM
  BUCKET ON IR V 638. DON WILL ORDER PARTS.
                                                    LABOR               1092.50
  10401101                               REPAIR TOTAL==>                1092.50

REPAIR# 03 C 12022 XMISC           06/15/07 06/15/07
```

CONTINUED ON PAGE 02

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NORTRAX**

| | | | | | |
|---|---|---|---|---|---|
| 6321 Masonic Drive Alexandria, LA 71301 318-442-0455 | 10110 Daradale Avenue Baton Rouge, LA 70816 225-291-3750 | 17312 Norwal Drive Covington, LA 70435 985-893-3005 | 10288 Airline Highway St. Rose, LA 70087 504-468-5577 | 3519 Hwy 90 East Broussard, LA 70518 237-837-9481 | |
| 2454 McCullough Blvd. Belden, MS 38826 662-844-3212 | 1505 Corporate Ave. Memphis, TN 38132 901-345-5294 | 6725 Greenwood Road Shreveport, LA 71119 318-631-3090 | 413 South Eastman Road Longview, TX 75602 903-758-3325 | 4006 Ellen Trout Drive Lufkin, TX 75903 936-634-6601 | 7370 Frontage Road Monroe, LA 71202 318-343-8787 | 743 Airways Blvd. Jackson, TN 38301 731-422-2542 |

Ship To: UNITED EQ & STEEL SUPPLY INC
1674 HWY 39
PLAQUEMINES LA 70040

Invoice To: UNITED EQUIPMENT & STEEL SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA 92653

Branch: SAINT ROSE, LA
Date: 7/27/07
Time: 01:18:11 (B)
Page: 02
Account No.: 0000380990
Phone No.: 949 3809900
Invoice No.: C40152
Ship Via: 15062LG
Purchase Order: NEED PO
Salesperson: 79

## DESCRIPTION

```
STK#                                HRS   PIN/EIN           WARRANTY DATE        HRS
023765      MAINTENANCE CONTRACT        X MAINTENANCE CONTRACT
            MAINT            S
MODEL # MACK TRUCK
SERIAL # N/A
DATE: 06.13.07     HOURS: N/A
DROVE TO JOBSITE. REMOVE DASH TO ACCESS VALVE. REMOVE
CYLINDER.
                                            LABOR                              831.25
   10401101                         REPAIR TOTAL==>                            831.25

REPAIR# 04 C 12022 XMISC         06/20/07 06/20/07
MODEL # BOBCAT VERHAL
SERIAL # N/A
DATE: 06.19.07     HOURS: N/A
STRAIGHTEN OUT GRAPPLES FOR BOBCAT LOADER. TROUBLE SHOOT
AIR LEAK ON INTERNAL TRACK. FOUND BAD BRAKE VALVE. REMOVE
AND INSTALL.
                                            LABOR                             1116.25
   10401101                         REPAIR TOTAL==>                           1116.25

REPAIR# 05 C 12022 XMISC         06/15/07 06/15/07
MODEL # JD270LC
SERIAL # 703483
DATE: 06.15.07     HOURS: 540
COMPLAINT: HYDRAULIC LEAK ON SHEERE. REMOVED COVER. INSPECT.
FOUND BOLT NOT TIGHT AND BLOWN O-RING. HAD TO RETAP HOLE.
INSTALL NEW O-RING. REINSTALL LINE. RAN MACHINE. CLEAN OIL
FROM AREA. CHECK FOR LEAKS. REINSTALL COVER. LINE REPAIRED
1ST LINE ON LEFT ON CYLINDER.
-----
DATE: 06.18.07     HOURS: 544
INSTALLED CLAMPS ON BOOM LINES. HAD TO REPOSITION STEEL
TAPE. REPAIR HYDRAULIC LEAK ON HYDRAULIC HOSE. REPLACE
```

CONTINUED ON PAGE 03

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

# NORTRAX

| | | | | | | |
|---|---|---|---|---|---|---|
| 6321 Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Daradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3750 | 17312 Norwel Drive<br>Covington, LA 70435<br>985-893-3005 | 10286 Airline Highway<br>St Rose, LA 70087<br>504-468-5577 | 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9451 | | |
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-5294 | 8725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3326 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 |

**Ship To:**
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA  70040

**Invoice To:**
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA  92653

| Branch | | |
|---|---|---|
| SAINT ROSE, LA | | |
| Date | Time | Page |
| 7/27/07 | 01:18:11 (B) | 03 |
| Account No. | Phone No. | Invoice No. |
| 0000380990 | 949 3809900 | C40152 |
| Ship Via | Purchase Order | |
| 15062LG | NEED PO | |
| Sales Tax Licence No. | | |
| | | Salesperson |
| | | 79 |

## DESCRIPTION

```
STK#                                    HRS  PIN/EIN          WARRANTY DATE    HRS
023765   MAINTENANCE CONTRACT             X MAINTENANCE CONTRACT
         MAINT          S
O-RING. RAN MACHINE. CHECK FOR LEAKS. NONE FOUND.
FRT              SHIP & HANDLING         1      21.75                         21.75
19M7363          CAP SCREW               3       3.21                          9.63
24M7345          WASHER                  3 O     2.17                          6.51
4189859          CLAMP;PIPE              3 N    24.23                         72.69
4190126          CLAMP;PIPE              3 O    18.68                         56.04
                                              PARTS                          166.62
10401101                                      LABOR                          570.00
                                         REPAIR TOTAL==>                     736.62

REPAIR# 06 C 12022 XMISC        06/20/07 06/20/07
MODEL # JD744J
SERIAL # 608436
DATE: 06.18.07     HOURS: 927
REMOVE SIDE COVER. INSTALL GREASE FITTING IN REAR OF
CYLINDER. INSTALL GREASE LINES, GREASE BEARINGS. REINSTALL
COVER. TROUBLE SHOOT AIR LEAK ON TRACK.
                                              LABOR                          617.50
10401101                                 REPAIR TOTAL==>                     617.50


                                   **** WORK ORDER TOTALS ****
                                              PARTS                         1191.70
                                              LABOR                         6008.75
                                        SERVICEACCESSO                       240.10
                                        ENVIRONMENTAL                        240.10
                                        OUTSIDEPURCH.                       5508.30
                                          TRUCK#36736                       1289.25
                                          SUB TOTAL ==>                    14478.20
                                             4% STATE                        579.12
                                      PLAQUEMINES PARISH                     434.35
                                        CONTINUED ON PAGE 04
```

Received By _____

**TERMS:** Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NORTRAX**

| 6321 Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Daradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3750 | 17312 Norwel Drive<br>Covington, LA 70435<br>985-893-3005 | 10288 Airline Highway<br>St. Rose, LA 70087<br>504-466-5577 | 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9481 |
|---|---|---|---|---|
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-5294 | 6725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3326 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 |

Ship To:
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA 70040

Invoice To:
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA 92653

Branch: SAINT ROSE, LA
Date: 7/27/07
Time: 01:18:11 (B)
Page: 04
Account No: 0000380990
Phone No: 949 3809900
Invoice No: C40152
Ship Via: 15062LG
Purchase Order: NEED PO
Sales Tax Licence No:
Salesperson: 79

| STK# | DESCRIPTION | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 023765 | MAINTENANCE CONTRACT MAINT | S | X MAINTENANCE CONTRACT | | |
| 15062LG | | | | | |
| | CUSTOMER TOTAL | | | | 15491.67 |

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.



**NORTRAX**

| | | | | | |
|---|---|---|---|---|---|
| 6321 Masonic Drive Alexandria,LA 71301 318-442-0455 | 10110 Daradale Avenue Baton Rouge,LA 70816 225-291-3750 | 17312 Norwel Drive Covington,LA 70435 985-893-3005 | 10288 Airline Highway St. Rose,LA 70087 504-466-5577 | 3519 Hwy 80 East Broussard,LA 70518 337-837-9481 | |
| 2454 McCullough Blvd. Bolden,MS 38826 662-844-3212 | 1505 Corporate Ave. Memphis,TN 38132 901-345-5294 | 6725 Greenwood Road Shreveport,LA 71119 318-631-3090 | 413 South Eastman Road Longview,TX 75602 903-758-3326 | 4006 Ellen Trout Drive Lufkin,TX 75903 936-634-8801 | 7370 Frontage Road Monroe, LA 71202 318-343-8787 |

743 Airways Blvd. Jackson,TN 38301 731-422-2542

**Ship To:**
UNITED EQ & STEEL SUPPLY INC
1674 HWY 39
PLAQUEMINES LA 70040

**Invoice To:**
UNITED EQUIPMENT & STEEL SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA 92653

Branch: SAINT ROSE, LA *REPRINT*
Date: 7/27/07   Time: 01:18:11 (B)   Page: 01
Account No: 0000380990   Phone No: 949 3809900   Invoice No: C40153
Ship Via: 15063LG
Sales Tax License No:
Purchase Order: NEED PO
Salesperson: 79

### DESCRIPTION

| STK# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 590898T | 744J 4WD LOADER | 921 | DW744JX608436 | | |
| | 744J         S | | RG6125H056362 | | |

REPAIR# 01 C 12022 XTRAVEL        06/13/07 06/15/07
TRAVEL TIME TO CUSTOMER JOBSITE
ON 6-13-07 got call that steering went out and major hydro leak. Found broken hose ends. Removed guards to acsess lines. On 6-14-07 went to get lines made, replaced and topped hydro oil off. Found grease fitting broken, tapped out threads, replaced.

```
10401101                                     LABOR           177.75
                                REPAIR TOTAL==>              177.75
```

REPAIR# 02 C 12022 XMISC          07/05/07 07/05/07
R&R STEERING CYLINDER PIN

```
AR69444     OIL              3          46.03           138.09
AT202897    PIN *             1  N      62.41            62.41
SN2K10-58   HOSE ASSY         1         48.09            48.09
SN2K10-67   HOSE ASSY         1         49.89            49.89
T176064     BUSHING           1  M       8.26             8.26
T176928     WASHER            2  N       1.69             3.38
T77932      O-RING            2           .66             1.32
19M7488     CAP SCREW         1          1.16             1.16
24H1595     WASHER            4           .56             2.24
38H1018     TEE FITTIN        1  M      15.54            15.54
830-TT-10   CAP               1          3.11             3.11
839-TT-10   PLUG              1          3.34             3.34
                                        PARTS           336.83
10401101                                LABOR           475.00
                                REPAIR TOTAL==>         811.83
```

**** WORK ORDER TOTALS ****
CONTINUED ON PAGE 02

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.



**NORTRAX**

| 6321 Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Daradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3760 | 17312 Norwel Drive<br>Covington, LA 70435<br>985-893-3005 | 10288 Airline Highway<br>St. Rose, LA 70087<br>504-466-5577 | 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9481 |
|---|---|---|---|---|
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-5294 | 6725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3326 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8601 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 |

**Ship To:**
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA  70040

**Invoice To:**
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA  92653

**Branch:** SAINT ROSE, LA
**Date:** 7/27/07
**Time:** 01:18:11 (B)
**Page:** 02
**Account No.** 0000380990
**Phone No.** 949 3809900
**Invoice No.** C40153
**Ship Via:** 15063LG
**Purchase Order:** NEED PO
**Sales Tax License No.:**
**Salesperson:** 79

### DESCRIPTION

| STK# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 590898T | 744J 4WD LOADER | 921 | DW744JX608436 | | |
| | 744J          S | | RG6125H056362 | | |

```
                              PARTS              336.83
                              LABOR              652.75
                              SERVICEACCESSO      26.11
                              ENVIRONMENTAL       26.11
                              TRUCK#36736        234.00
                              SUB TOTAL ==>     1275.80
                              4% STATE            37.55
                       PLAQUEMINES PARISH         28.17
                              CUSTOMER TOTAL    1341.52
```

15063LG

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.