UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| W.L. DOGGETT, L.L.C., D/B/A<br>DOGGETT MACHINERY SERVICES, L.L.C. | * | CIVIL ACTION NO. 08-1294 |
| Plaintiff, | * | |
| VERSUS | * | SECTION |
| UNITED STEEL SUPPLY, INC., | * | JUDGE |
| Defendant. | * | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WITNESS AND EXHIBIT LISTS

**NOW INTO COURT,** through undersigned counsel, comes W.L. Doggett, L.L.C., d/b/a Doggett Machinery Services, L.L.C. ("Doggett"), which respectfully submits the following witness and exhibit lists:

## WITNESS LIST

Doggett may call the following witnesses at the trial of this matter:

1. Amanda Nealy, credit manager for Doggett;

2. Joey Powell, salesman for Doggett;

3. Dick Logan, general manager for Doggett;

4. Other representatives of Doggett;

5. All witnesses listed by any other party.

## EXHIBIT LIST

Doggett may introduce the following documents at the trial of this matter:

1. Purchase Order Number USS LA-07-194 dated May 15, 2007 from United Steel Supply Inc. to Nortrax for one (1) 2007 John Deere 350D Excavator;

2. July 31, 2007 demand for payment of Purchase Order USS LA-07-194;

3. Purchase Order Number BRI01013 dated June 6, 2007 from Winkle Industries to Nortrax for magnet;

306118.1

4. Purchase Order Number BRI01009 dated June 29, 2007 from JRB Attachments, L.L.C. to Nortrax for generator;

5. Invoice Number C41467 for internal work performed by Doggett to remove custom attachments;

6. Invoice Number C41083 for internal work performed by Doggett to remove custom attachments;

7. Invoice Number C40052 to United Steel Supply, Inc. from Nortrax and/or Doggett;

8. Invoice Number C40076 to United Steel Supply, Inc. from Nortrax and/or Doggett;

9. Invoice Number C40119 to United Steel Supply, Inc. from Nortrax and/or Doggett;

10. Invoice Number C40098 to United Steel Supply, Inc. from Nortrax and/or Doggett;

11. Invoice Number C40301 to United Steel Supply, Inc. from Nortrax and/or Doggett;

12. Invoice Number C40005 to United Steel Supply, Inc. from Nortrax and/or Doggett;

13. Invoice Number C40152 to United Steel Supply, Inc. from Nortrax and/or Doggett;

14. Invoice Number C40153 to United Steel Supply, Inc. from Nortrax and/or Doggett;

15. August 2, 2007 demand for payment of various outstanding invoices;

16. Bill of Sale between Nortrax Equipment Company-South, L.L.C. and W.L. Doggett, L.L.C.;

17. Assignment of Assumption Agreement between Nortrax Equipment Company-South, L.L.C. and W.L. Doggett, L.L.C.;

18. Asset Purchase Agreement between Nortrax, Inc. and W.L. Doggett, L.L.C.

19. All invoices issued by Nortrax and/or Doggett to United Steel Supply, Inc.;

20. All correspondence exchanged between the parties;

21. All documents exchanged in discovery;

22. All documents listed by any other party;

306118.1

23. All documents filed in the record of this proceeding.

Respectfully submitted:

*M. Brent Hicks*

M. Brent Hicks, La Bar Roll 23778
Kyle A. Ferachi, La Bar Roll 27458
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, LA 70825
Telephone: (225) 383-9000
*Attorneys for W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been served on all counsel of record via electronic notification by this Court's CM/ECF system.

Baton Rouge, Louisiana, this 8th day of September, 2008.

*M. Brent Hicks*
M. Brent Hicks

306118.1