UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| W.L. DOGGETT, L.L.C., D/B/A<br>DOGGETT MACHINERY SERVICES, L.L.C. | * | CIVIL ACTION NO. 08-1294 |
| Plaintiff, | * | |
| VERSUS | * | SECTION |
| UNITED STEEL SUPPLY, INC., | * | JUDGE |
| Defendant. | * | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC ("Doggett"), who, for the reasons set forth in the accompanying memorandum and affidavits, respectfully avers that no genuine issue of material facts exists; therefore it is entitled to judgment as a matter of law against United Steel Supply, Inc. ("United Steel") for the sum of Ninety-Eight Thousand Nine Hundred Fifty Dollars and Eighty-Five Cents ($98,950.85) for damages it sustained in the form of expenses, lost profits, delay, and storage and maintenance costs due to United Steel's failure to perform its obligation, and for the sum of Fifty-Nine Thousand, Four Dollars and Twenty-Eight Cents ($59,004.28), on its open account, together with interest at the rate of 18% per annum from August 27, 2007 until paid, 25% attorney's fees of all sums due, and all costs of this proceeding.

**WHEREFORE**, W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC prays that it be granted summary judgment in the full sum of One Hundred Fifty-Seven Thousand Nine Hundred Fifty-Five Dollars and Thirteen Cents ($157,955.13), together with interest at the rate of 18% from August 27, 2007 until paid, attorney's fees of 25% of all sums due, and all costs of this proceeding, and that defendant, United Steel Supply, Inc., show cause on October 1, 2008 at

302764.1

9:30 a.m. as to why summary judgment should not be entered in favor of W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC.

Respectfully submitted:

*/s/ M. Brent Hicks*

M. Brent Hicks, La Bar Roll 23778
Kyle A. Ferachi, La Bar Roll 27458
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, LA 70825
Telephone: (225) 383-9000
*Attorneys for W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Summary Judgment has been served, via U.S. mail, first-class, postage pre-paid to United Steel Supply, Inc., 25201 Paseo de Alicia, Suite 118, Laguna Hills, CA 92653 and via facsimile to (949) 380-9905.

Baton Rouge, Louisiana, this 12th day of September, 2008.

*/s/ M. Brent Hicks*
M. Brent Hicks

302764.1