UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| W.L. DOGGETT, L.L.C., D/B/A<br>DOGGETT MACHINERY SERVICES, L.L.C. | * | CIVIL ACTION NO. 08-1294 |
| Plaintiff, | * | |
| VERSUS | * | SECTION "S" |
| UNITED STEEL SUPPLY, INC., | * | JUDGE LEMMON |
| Defendant. | * | MAGISTRATE KNOWLES |

**********************************************

**STATEMENT OF UNCONTESTED FACTS**

**NOW INTO COURT**, through undersigned counsel, comes W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC ("Doggett"), who submits this Statement of Uncontested Facts in support of its Motion for Summary Judgment:

1.

Plaintiff, Doggett, is a Texas limited liability company authorized to do and doing business in the State of Louisiana. It's sole member, William Leslie Doggett, is domiciled in the State of Texas.

1.

Defendant, United Steel Supply, Inc. ("United Steel"), is a Nevada corporation with a principal business establishment in Louisiana. The defendant operates in the Parish of Plaquemines while doing business in Louisiana.

2.

This Court has jurisdiction based on diversity of citizenship, 28 U.S.C. 1332 as the parties are completely diverse and the amount in controversy is over $75,000.00.

302768.1

3.

Venue is proper in the Eastern District because defendant's principal place of business in Louisiana is located in Plaquemines Parish.

4.

On or about September 23, 2007, Doggett purchased all accounts receivables and inventory of Norwell Equipment Company d/b/a Nortrax Equipment Company South ("Nortrax"). It brings this action against United Steel to enforce several of the debts owed by United Steel.

5.

On or about May 15, 2007, United Steel presented a Purchase Order, no. USS LA-070194, to Nortrax for the purchase of a specialized excavator, namely, a 2007 John Deere 350D Excavator with a 68" Aluminum Wound, for $350,229.50.

6.

Nortrax accepted the Purchase Order and modified the 2007 John Deere 350D Excavator to United Steel's specification.

7.

Nortrax advised United Steel that the excavator was ready for delivery and asked for payment.

8.

Despite amicable demand, United Steel has not provided payment for the 2007 John Deere 350D Excavator it ordered and is obligated to pay.

9.

Nortrax incurred costs of $47,546.10 to purchase and install the specialized attachments requested by United Steel.

302768.1

10.

The modification of the excavator made it a unique piece of equipment specifically designed by Untied Steel for its exclusive use and not saleable to other entities.

11.

In order to mitigate its damages, Doggett removed the modifications from the excavator, at a cost of $264.75, in order to return the excavator to a more saleable condition.

12.

Doggett has sustained a lost profit in the amount of $40,500.00 as a result of United Steel's failure to purchase the excavator.

13.

Doggett stored and maintained the excavator and the specialized parts at its yard in Kenner, Louisiana, at a cost of approximately $35.00 per day.  Cost for storage through May 9, 2008 is $10,640.

14.

Doggett has sustained damages in the form of expenses, lost profits, delay, and storage and maintenance costs in the sum of Ninety-Eight Thousand Nine Hundred Fifty Dollars and Eighty-Five Cents ($98,950.85) due to United Steel's failure to perform its obligation.

15.

Additionally, United Steel owes Doggett Fifty-Nine Thousand, Four Dollars and Twenty-Eight Cents ($59,004.28), together with interest at the rate of 18% per annum from August 27, 2007 until paid, 25% attorney's fees, and all costs.

16.

Nortrax performed various services and sold various goods to United Steel from June 22, 2007 to July 27, 2007.

17.

These services are represented in the following invoices: C40052 (6/22/2007); C40076 (6/22/2007); C40119 (6/22/2007); C40098 (7/26/2007); C40301 (7/26/2007); C40005 (67/27/2007); C40152 (7/27/2007); and C40153 (7/27/200) totaling $59,004.28.

18.

Each invoice provides the following terms:

> Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2 % (or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

19.

United Steel failed to make payment on receipt. Despite amicable demand, $59,004.28 remains due and owing under the terms of each invoice.

20.

Pursuant to the terms of each invoice, Doggett is entitled to recover 18% interest on the past due balances.

21.

Pursuant to the terms of each invoice, Doggett is entitled to recover reasonable attorney's fees in the amount of 25% of all sums due and all costs incurred in this proceeding.

Respectfully submitted:

*/s/ M. Brent Hicks*
M. Brent Hicks, La Bar Roll 23778
Kyle A. Ferachi, La Bar Roll 27458
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, LA 70825
Telephone: (225) 383-9000
*Attorneys for W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been served, via U.S. mail, first-class, postage pre-paid to United Steel Supply, Inc., 25201 Paseo de Alicia, Suite 118, Laguna Hills, CA 92653 and via facsimile to (949) 380-9905.

Baton Rouge, Louisiana, this 12th day of September, 2008.

*/s/ M. Brent Hicks*
M. Brent Hicks

302768.1