UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| W.L. DOGGETT, L.L.C., D/B/A<br>DOGGETT MACHINERY SERVICES, L.L.C. | * | CIVIL ACTION NO. 08-1294 |
| Plaintiff, | * | |
| VERSUS | * | SECTION "S" |
| UNITED STEEL SUPPLY, INC., | * | JUDGE LEMMON |
| Defendant. | * | MAGISTRATE KNOWLES |

*********************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC, through undersigned counsel, will bring for hearing its Motion for Summary Judgment with regard to Civil Action No. 08-1294 before the Honorable Mary Ann Vial Lemmon, United States District Judge for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana on the 1st day of October, 2008 at 9:30 a.m.

Respectfully submitted:

*/s/ M. Brent Hicks*

M. Brent Hicks, La Bar Roll 23778
Kyle A. Ferachi, La Bar Roll 27458
McGlinchey Stafford, PLLC
14th Floor, One American Place
Baton Rouge, LA 70825
Telephone: (225) 383-9000

302764.1