UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

W.L. DOGGETT, L.L.C., D/B/A   *   CIVIL ACTION NO. 08-1294
DOGGETT MACHINERY SERVICES, L.L.C.   *
           *
    Plaintiff,       *
           *
  VERSUS        *   SECTION "S"
           *
UNITED STEEL SUPPLY, INC.,    *   JUDGE LEMMON
           *
    Defendant.     *   MAGISTRATE KNOWLES
           *

*************************************************

## AFFIDAVIT OF CORRECTNESS OF ACCOUNT

**BEFORE ME**, the undersigned authority, personally came and appeared:

### AMANDA NEALY

who, after being duly sworn and deposed, did state that:

1.

She is employed by W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC ("Doggett") as its Credit Manager.

2.

She is personally well familiar with the account of United Steel Supply, Inc. ("United Steel").

3.

On or about September 23, 2007, Doggett purchased all accounts receivables and inventory of Norwell Equipment Company d/b/a Nortrax Equipment Company South ("Nortrax").

302769.1



4.

United Steel owes Doggett Fifty-Nine Thousand, Four Dollars and Twenty-Eight Cents ($59,004.28), together with interest at the rate of eighteen percent (18%) per annum from the date of each invoice until paid, reasonable attorney's fees, and all costs of this proceeding on open account, for the following:

5.

Nortrax performed various services and sold various goods to United Steel from June 22, 2007 to July 27, 2007.

6.

These services are represented in the following invoices: C40052 (6/22/2007) for $20,395.67; C40076 (6/22/2007) for $9,148.34; C40119 (6/22/2007) for $2,483.89; C40098 (7/26/2007) for $1,070.54; C40301 (7/26/2007) for $7,374.61; C40005 (7/27/2007) for $1,698.04; C40152 (7/27/2007) for $15,491.67; and C40153 (7/27/2007) for $1,341.52, for a total of $59,004.28. (Invoices attached *in globo* as Exhibit A).

7.

Each invoice provides the following terms:

> Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2 % (or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

8.

United Steel failed to make payment of each invoice.

302769.1

9.

Despite amicable demand, $59,004.28 remains due and owing under the terms of the aforementioned invoices.

10.

Pursuant to the terms of each invoice, Doggett is entitled to recover 18% interest on the past due balances.

11.

Pursuant to the terms of each invoice, Doggett is entitled to recover reasonable attorney's fees and all costs of collection.

12.

Pursuant to La. R.S. 9:2781, a written demand correctly setting forth the amount owed was mailed to United Steel on the 2nd day of August, 2007.  A copy of the letter and original return receipt are attached as Exhibit B.

13.

The affiant stated no further.

WITNESSES:

_____

_____

_____
Amanda Nealy, Affiant

Sworn to and subscribed before me, this 12th day of September, 2008.

_____
Notary Public, No. 55214
Printed Name: Joan Matassa
My Commission Expires: death
[SEAL]

302769.1

Case 2:08-cv-01294-MVL-DEK   Document 1-4   Filed 03/1/2008   Page 1 of 14

**NORTRAX**

| | | | |
|---|---|---|---|
| Masonic Drive Alexandria, LA 71301 318-442-0455 | 10110 Deerdale Avenue Baton Rouge,LA 70816 225-291-3750 | 17312 Nork Covington, LA 70435 985-893-3005 | 10288 Airline Highway St. Rose,LA 70087 504-465-5577 | 4519 Hwy 90 East Broussard,LA 70518 337-837-8451 |

| | | | | |
|---|---|---|---|---|
| 2454 McCullough Blvd. Belden,MS 38826 662-844-3212 | 150S Corporate Ave. Memphis,TN 38132 901-346-5294 | 6725 Greenwood Road Shreveport,LA 71119 318-631-3090 | 413 South Eastman Road Longview,TX 75602 903-758-3328 | 4005 Ellen Trout Drive Lufkin,TX 75903 936-634-8801 | 7370 Frontage Road Monroe, LA 71202 318-343-8787 | 743 Airways Blvd. Jackson,TN 38301 731-422-2542 |

Ship To:
```
UNITED STEEL
ATTN: PATRICK / NICK
PP
```

Invoice To:
```
UNITED EQUIPMENT & STEEL
25201 PASEO DE ALICIA
SUITE 115
LAGUNA HILLS CA  92653
```

Branch: SAINT ROSE, LA *REPRINT*

| Date | Time | | Page |
|---|---|---|---|
| 5/22/07 | 01:12:33 (B) | | 01 |

| Account No. | Phone No. | Invoice No. |
|---|---|---|
| UNITE041 | 949 3809900 | C40052 |

| Ship Via | Purchase Order |
|---|---|
| 062207AJ | |

| Sales Tax License No. | | Salesperson |
|---|---|---|
| | | 79 |

## DESCRIPTION

| STK# | | HRS | PIN/BIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 023581 | SKYTRAK 80421 9228 80421 | 4408 | 9228 | | Fold— |

REPAIR# 01 C 1259  XMISC      05/18/07 05/19/07
REPAIR BOOM

| | | | | | |
|---|---|---|---|---|---|
| FRT | SHIP & HANDLING | 4 | | 184.60 | 738.40 |
| PM37477 | LOCTITE MEDIUM | 1 | | 25.25 | 25.25 |
| TY22087 | LUBRICANT,CHAIN | 1 | | 4.51 | 4.51 |
| 3288724 | V-BELT | 1 | N | 45.91 | 45.91 |
| 7082311 | WEAR PAD INSERT | 75 | N | 1.39 | 104.25 |
| 7082342 | WEAR PAD SHIM | 59 | N | 4.77 | 281.43 |
| 7082362 | WEAR PAD SHIM | 4 | N | 3.10 | 12.40 |
| 7096562 | PIN | 1 | N | 52.61 | 52.61 |
| 7096702 | SPACER .50 | 2 | N | 16.25 | 32.50 |
| 7096772 | SPACER | 1 | N | 64.73 | 64.73 |
| 7096882 | WEAR PAD SPACER | 12 | N | 27.34 | 328.08 |
| 7111572 | WEAR PAD | 32 | N | 18.51 | 592.32 |
| 8024032 | CHAIN KIT | 1 | N | 1126.73 | 1126.73 |
| 8024033 | CHAIN ASSY KIT | 1 | N | 528.37 | 528.37 |
| 8223436 | KEY SWITCH | 1 | N | 45.28 | 45.28 |
| 8303041 | SCREW | 3 | N | .35 | 1.05 |
| 8303620 | SCREW | 17 | N | 1.38 | 23.46 |
| 8303621 | SCREW | 16 | N | .26 | 4.16 |
| 8303675 | HEX HEAD CAP SC | 2 | N | 1.44 | 2.88 |
| 8303679 | SCREW | 6 | N | .24 | 1.44 |
| 8303681 | 3CREW | 40 | N | .33 | 13.20 |
| 8305018 | HEX NUT | 2 | N | .35 | .70 |
| 8305646 | 3/4 LOCK NUT | 4 | N | 2.16 | 8.64 |
| 8307005 | LOCKWASHER, 3/8 | 75 | N | 1.23 | 92.25 |
| 8307104 | 3/4 FLAT WASHER | 3 | N | 1.16 | 3.48 |
| 8307204 | WASHER | 45 | N | 1.37 | 61.65 |
| 8310209 | SCREW | 1 | N | 1.60 | 1.60 |
| 8310235 | SCREW | 1 | N | 5.46 | 5.46 |

CONTINUED ON PAGE 02

Received By _____

TERMS: Due and payable on receipt of invoice, A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable

EXHIBIT
A

# NOR**TRAX**

| | | | | |
|---|---|---|---|---|
| Masonic Drive<br>Alexandria,LA 71301<br>318-442-0495 | 10110 Daradale Avenue<br>Baton Rouge,LA 70816<br>225-291-3759 | 17312 Nora...ve<br>Covington,LA 70435<br>985-893-3005 | 10288 Airline Highway<br>St. Rose,LA 70087<br>504-488-5577 | 3519 Hwy 90 East<br>Broussard,LA 70518<br>337-837-9481 |

| | | | | |
|---|---|---|---|---|
| 2454 McCullough Blvd.<br>Belden,MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis,TN 38132<br>901-345-5294 | 6725 Greenwood Road<br>Shreveport,LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview,TX 75602<br>903-758-3325 | 4005 Ellen Trout Drive<br>Lufkin,TX 75903<br>935-634-5801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson,TN 38301<br>731-422-2542 |

**Ship To:**
```
UNITED STEEL
ATTN: PATRICK / NICK
PP
```

**Invoice To:**
```
UNITED EQUIPMENT & STEEL
25201 PASEO DE ALICIA
SUITE 115
LAGUNA HILLS CA  92653
```

Branch
**SAINT ROSE, LA**

| Date | Time | Page |
|---|---|---|
| 6/22/07 | 01:12:33 (B) | 02 |

| Account No. | Phone No. | Invoice No. |
|---|---|---|
| UNITE041 | 949 3809900 | C40052 |

| Ship Via | Purchase Order |
|---|---|
| 062207AJ | |

Sales Tax License No.

| | Salesperson |
|---|---|
| | 79 |

## DESCRIPTION

| STK#. | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 023581 | SKYTRAK 80421 9228<br>80421 | 4408 | 9228 | | |
| 8310245 | SCREW | 1 N | 3.55 | | 3.55 |
| 8642224 | RETAINING RING | 2 N | 1.37 | | 2.74 |
| | | | PARTS | | 4209.03 |
| | | | LABOR | | 6235.60 |
| 10401101 | | | REPAIR TOTAL==> | | 10444.63 |

REPAIR# 02 C CUST  XMISC        05/18/07
REPLACE TWO TIRES

REPAIR# 03 C 1259  XMISC        06/01/07 06/01/07
PERFORM FULL ENGINE SERVICE

| | | | | | |
|---|---|---|---|---|---|
| -N15W40 | ENG OIL | 12 | 2.65 | | 31.80 |
| CH18287 | FILTER ELE | 1 | 34.75 | | 34.75 |
| FRT | SHIP & HANDLING | 1 | 15.00 | | 15.00 |
| PMAF4103 | AIR FILTER | 1 M | 22.26 | | 22.26 |
| PMFF5018 | FUEL FILTE | 1 | 8.32 | | 8.32 |
| PMLF3345 | OIL FILTER | 1 | 11.53 | | 11.53 |
| | | | PARTS | | 123.66 |
| | | | LABOR | | 241.40 |
| 10401101 | | | REPAIR TOTAL==> | | 365.06 |

REPAIR# 04 C 12143 XMISC        06/06/07 06/10/07
GRAPPLE REPAIR PER JIM B. 06.06.07;10:10AM

| | | | |
|---|---|---|---|
| | LABOR | | 251.60 |
| 10401101 | REPAIR TOTAL==> | | 251.60 |

**** WORK ORDER TOTALS ****
| | |
|---|---|
| PARTS | 4332.69 |
| LABOR | 6728.60 |
| SERVICEACCESSO | 213.73 |

CONTINUED ON PAGE 03

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NOR*TRAX***

| | | | | |
|---|---|---|---|---|
| Masonic Drive Alexandria,LA 71301 318-442-0465 | 10110 Daradale Avenue Baton Rouge,LA 70816 225-291-3750 | 17312 Non    ..e Covington,LA /0435 985-893-3005 | 10288 Airline Highway St. Rose,LA 70087 504-466-5577 | 3519 Hwy 90 East Broussard,LA 70518 337-837-9481 |
| 2464 McCullough Blvd. Belden,MS 38826 662-844-3272 | 1505 Corporate Ave. Memphis,TN 38132 901-345-0294 | 6725 Greenwood Road Shreveport,LA 71119 318-631-3060 | 413 South Eastman Road Longview,TX 75602 903-758-3328 | 4006 Ellen Troud Drive Lufkin,TX 75903 936-634-8801 | 7370 Frontage Road Monroe, LA 71202 318-343-8787 | 743 Airways Blvd. Jackson,TN 38301 731-422-2542 |

**Ship To:**
```
UNITED STEEL
ATTN: PATRICK / NICK
PP
```

**Invoice To:**
```
UNITED EQUIPMENT & STEEL
25201 PASEO DE ALICIA
SUITE 115
LAGUNA HILLS CA  92653
```

Branch
**SAINT ROSE, LA**

| Date | Time | Page |
|---|---|---|
| 6/22/07 | 01:12:33 (B) | 03 |

| Account No. | Phone No. | Invoice No. |
|---|---|---|
| UNITE041 | 949 3809900 | C40052 |

| Ship Via | Purchase Order |
|---|---|
| 062207AJ | |

Sales Tax License No.

| | Salesperson |
|---|---|
| | 79 |

## DESCRIPTION

| STK# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 023581 | SKYTRAK 80421 9228 80421 | 4408 | 9228 | | |

Fold—

| | |
|---|---|
| ENVIRONMENTAL | 213.73 |
| HAULING | 643.66 |
| OUTSIDEPURCH. | 6632.33 |
| SUB TOTAL ==> | 18764.74 |
| 4% STATE | 724.84 |
| 5% ST. CHARLES | 906.09 |
| CUSTOMER TOTAL | 20395.67 |

062207AJ

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

Case 2:08-cv-01294-MVL-DEK   Document 1-4   Filed 03/1/,_008   Page 4 of 14

# NORTRAX

| | |
|---|---|
| Masonic Drive<br>Alexandria, LA 71301<br>318-442-0465 | 10110 Dansdale Avenue<br>Baton Rouge, LA 70816<br>225-291-3750 |
| 17312 Nort    ra<br>Covington, LA  +435<br>985-893-2005 | 10288 Airline Highway<br>St. Rose, LA 70087<br>504-465-5577 |
| 3519 Hwy 90 East<br>Sceuscatd, LA 70518<br>337-837-9481 | |

| | | | |
|---|---|---|---|
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-5294 | 6725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-753-3326 |
| 4006 Elfen Trout Drive<br>Lufkin, TX 75603<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 | |

**Ship To :**
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA  70040

**Invoice To :**
UNITED EQUIPMENT & STEEL
25201 PASEO DE ALICIA
SUITE 115
LAGUNA HILLS CA  92653

| Branch | | |
|---|---|---|
| SAINT ROSE, LA *REPRINT* | | |
| Date<br>6/22/07 | Time<br>01:12:33 (B) | Page<br>01 |
| Account No.<br>UNITE041 | Phone No.<br>949 3809900 | Invoice No.<br>C40076 |
| Ship Via<br>062207AJ | Purchase Order | |
| Sales Tax License No. | | |
| | | Salesperson<br>79 |

## DESCRIPTION

| STK# | | HRS | PIN/EIN | WARRANTY DATE | HRS | |
|---|---|---|---|---|---|---|
| 023636 | BE TRAILER TRA60TC31<br>TRAILER | | X TRA60TC31<br>S | | | Fold— |

REPAIR# 01 C 12770 XTRAVEL      05/25/07 05/25/07
TRAVEL TIME TO CUSTOMER JOBSITE
OPEN PER JIM B.

| | | |
|---|---|---|
| | LABOR | 825.00 |
| 10401101 | REPAIR TOTAL==> | 825.00 |

REPAIR# 02 C 12770 XMISC      05/25/07 05/25/07
INSPECT TRAILER. FOUND FRAME CRACKED IN SEVERNAL DIFFERENT
PLACES. TWO HYDRAULIC LEAKS. TROUBLE SHOT BRAKES. FOUND
CONTROL VALVE BAD.

| | | |
|---|---|---|
| | LABOR | 3656.25 |
| 10401101 | REPAIR TOTAL==> | 3656.25 |

| **** WORK ORDER TOTALS **** | |
|---|---|
| LABOR | 4481.25 |
| SERVICEACCESSO | 227.05 |
| ENVIRONMENTAL | 227.05 |
| OUTSIDEPURCH. | 2941.75 |
| TRUCK#15269 | 159.75 |
| TRUCK#36736 | 513.00 |
| SUB TOTAL ==> | 8549.85 |
| 4% STATE | 341.99 |
| PLAQUEMINES PARISH | 256.50 |
| CUSTOMER TOTAL | 9148.34 |

062207AJ

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

Case 2:08-cv-01294-MvL-DEK     Document 1-4     Filed 03/1/,2008     Page 5 of 14

**NORTRAX**

| | | | | |
|---|---|---|---|---|
| ...., Masonic Drive<br>Alexandria,LA 71301<br>318-442-0455 | 10110 Deradale Avenue<br>Baton Rouge,LA 70816<br>225-291-3750 | 17312 Nomr...iva<br>Covington,LA 70435<br>985-893-8005 | 10288 Airline Highway<br>St. Rose,LA 70087<br>504-468-5577 | 2519 Hwy 90 East<br>Broussard,LA 70518<br>337-837-9481 |

| | | | | | |
|---|---|---|---|---|---|
| 2454 McCullough Blvd.<br>Belden,MS 38826<br>662-841-3212 | 1505 Corporate Ave.<br>Memphis,TN 38132<br>901-345-5224 | 5725 Greenwood Road<br>Shreveport,LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview,TX 75602<br>903-758-3326 | 4005 Ellen Trout Drive<br>Lufkin,TX 75903<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson,TN 38301<br>731-422-2542 |

**Ship To:**
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA  70040

**Invoice To:**
UNITED EQUIPMENT & STEEL
25201 PASEO DE ALICIA
SUITE 115
LAGUNA HILLS CA  92653

**Branch**
SAINT ROSE, LA *REPRINT*

| Date | Time | Page |
|---|---|---|
| 6/22/07 | 01:12:33 (B) | 01 |

| Account No. | Phone No. | Invoice No. |
|---|---|---|
| UNITE041 | 949 3809900 | C40119 |

| Ship Via | Purchase Order |
|---|---|
| 062207AJ | |

Sales Tax License No.

| | Salesperson |
|---|---|
| | 79 |

## DESCRIPTION

| STK#<br>620004 | | HRS<br>X | PIN/EIN<br>FF01J3Q020772<br>IZU6WG1606597 | WARRANTY DATE | HRS | |
|---|---|---|---|---|---|---|
| | 450LC-3 EXCAVATOR<br>450LC-3 | | | | | Fold— |

REPAIR# 01 C 12022 XTRAVEL        06/04/07 06/05/07
TRAVEL TIME TO CUSTOMER JOBSITE
10401101

REPAIR# 02 C 12022 XMISC         06/04/07 06/05/07
R&R FILTERS

| | | | | | |
|---|---|---|---|---|---|
| AT179370 | FILTER ELE | 1 | 75.00 | | 75.00 |
| AT179371 | FILTER ELE | 1 | 77.00 | | 77.00 |
| 1132402322 | FILTER | 1 | 45.38 | | 45.38 |
| 4643580 | A/C FILTER | 1 | 102.00 | | 102.00 |
| | | | PARTS | | 299.38 |
| 10401101 | | REPAIR TOTAL==> | | | 299.38 |

REPAIR# 03 C 12022 XMISC         06/05/07
REPLACE COUPLINGS

| **** WORK ORDER TOTALS **** | |
|---|---|
| PARTS | 299.38 |
| SERVICEACCESSO | 25.00 |
| ENVIRONMENTAL | 25.00 |
| OUTSIDEPURCH. | 1972.01 |
| SUB TOTAL ==> | 2321.39 |
| 4% STATE | 92.86 |
| PLAQUEMINES PARISH | 69.64 |
| CUSTOMER TOTAL | 2483.89 |

062207AJ

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable
State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month
following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NOR TRAX**

| | | | | |
|---|---|---|---|---|
| 8321 Masonic Drive Alexandria, LA 71301 318-442-0459 | 10110 Darsdale Avenue Baton Rouge, LA 70818 225-291-3750 | 17312 Norwel Drive Covington, LA 70435 985-893-3005 | 10285 Airline Highway St. Rose, LA 70087 504-466-5377 | 3519 Hwy 90 East Broussard, LA 70518 337-837-9491 |
| 2454 McCullough Blvd. Belden, MS 38826 662-844-3212 | 1505 Corporate Ave. Memphis, TN 38132 901-345-6294 | 6725 Greenwood Road Shreveport, LA 71119 318-531-3090 | 413 South Eastman Road Longview, TX 75602 903-758-3326 | 4006 Ellen Trout Drive Lufkin, TX 75903 936-634-8801 | 7370 Frontage Road Monroe, LA 71202 318-343-8767 | 743 Airways Blvd. Jackson, TN 38301 731-422-2542 |

| | |
|---|---|
| **Ship To:** UNITED EQ & STEEL SUPPLY INC 1674 HWY 39 PLAQUEMINES LA 70040 | |
| **Invoice To:** UNITED EQUIPMENT & STEEL SUPPLY INC 25201 ALICIA STE 118 LAGUNA HILLS CA 92653 | |

| Branch | | | |
|---|---|---|---|
| SAINT ROSE, LA *REPRINT* | | | |
| Date 7/26/07 | Time 01:15:45 (B) | | Page 01 |
| Account No. 0000380990 | Phone No. 949 3809900 | | Invoice No. C40098 |
| Ship Via 15018LG | | Purchase Order UESS-LA-07-276 | |
| Sales Tax License No. | | | |
| | | Salesperson 79 | |

| DESCRIPTION | | | | |
|---|---|---|---|---|
| STK# 619802 | 270DLC EXCAVATOR 270DLC    S | HRS 420 | PIN/EIN FF270DX703483 PE6068L005575 | WARRANTY DATE    HRS |

Fold→

REPAIR# 01 C 12022 XTRAVEL    05/31/07 06/01/07
TRAVEL TIME TO CUSTOMER JOBSITE WARRXREF C40099
Drove to job 5-31-07 and hooked up diagnostic equipment,
found code that said to check EGR valve.Didnt find anything
wrong.
united steel ask me to drive to Napa to pick up parts ,
for them.Put items into storage area.checked hoses on 470.
Don told me to stay on site until 4pm

| | | |
|---|---|---|
| | LABOR | 498.75 |
| 10401101 | REPAIR TOTAL==> | 498.75 |

| | | |
|---|---|---|
| | **** WORK ORDER TOTALS **** | |
| | LABOR | 498.75 |
| | TRUCK#36736 | 501.75 |
| | SUB TOTAL ==> | 1000.50 |
| | 4% STATE | 40.02 |
| | PLAQUEMINES PARISH | 30.02 |
| 15018LG | CUSTOMER TOTAL | 1070.54 |

Received By _____

TERMS: Due and payable on receipt of invoice, A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees,

# NORTRAX

| | | | | |
|---|---|---|---|---|
| 6321 Masonic Drive | 10110 Dardale Avenue | 17312 Norwel Drive | 10288 Airline Highway | 3519 Hwy 90 East |
| Alexandria, LA 71301 | Baton Rouge, LA 70816 | Covington, LA 70435 | St. Rosa, LA 70087 | Broussard, LA 70518 |
| 318-442-0455 | 225-291-3750 | 985-893-3005 | 504-468-5577 | 337-837-0481 |

| | | | | |
|---|---|---|---|---|
| 2454 McCullough Blvd. | 1505 Corporate Ave. | 6725 Greenwood Road | 413 South Eastman Road | 4006 Ellen Trout Drive | 7370 Frontage Road | 743 Airways Blvd. |
| Belden, MS 38826 | Memphis, TN 38132 | Shreveport, LA 71119 | Longview, TX 75602 | Lufkin, TX 75903 | Monroe, LA 71202 | Jackson, TN 38301 |
| 662-844-3212 | 901-345-5294 | 318-631-3090 | 903-758-3326 | 936-634-6801 | 318-343-8757 | 731-422-2542 |

**Ship To :**
UNITED STEEL
ATTN: NICK

Branch: SAINT ROSE, LA *REPRINT*

| Date | Time | Page |
|---|---|---|
| 7/26/07 | 01:15:45 (B) | 01 |

| Account No. | Phone No. | Invoice No. |
|---|---|---|
| 0000380990 | 949 3809900 | C40301 |

| Ship Via | Purchase Order |
|---|---|
| 15020LG | USS-LA-07-155 |

Sales Tax Licence No.

Salesperson: 79

**Invoice To :**
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA  92653

## DESCRIPTION

| STK# | | | HRS | PIN/BIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|---|
| 619802 | 270DLC EXCAVATOR | | 340 | FF270DX703483 | | |
| | 270DLC | S | | PE6068L005575 | | Fold— |

REPAIR# 01 C 12770 XTRAVEL     07/16/07 07/18/07
TRAVEL TIME TO CUSTOMER JOBSITE

| | | | LABOR | 783.75 |
|---|---|---|---|---|
| 10401101 | | | REPAIR TOTAL==> | 783.75 |

REPAIR# 02 C 12770 XMISC     07/16/07 07/17/07
INSTALL FRONT WINDSHIELD SCREEN ON JD 270DLC /SN 703483
AND
INSTALL FRONT SCREENS ON JD 744J /SN608436
PER PO.

| FRT | SHIP & HANDLING | 1 | 700.00 | 700.00 |
|---|---|---|---|---|
| W61290000 | CAB GUARD | 1 N | 1500.00 | 1500.00 |
| 704742 | FRONT GUARD | 1 N | 1900.00 | 1900.00 |
| | | | PARTS | 4100.00 |
| | | | LABOR | 1400.00 |
| 10401101 | | | REPAIR TOTAL==> | 5500.00 |

**** WORK ORDER TOTALS ****

| | | |
|---|---|---|
| PARTS | | 4100.00 |
| LABOR | | 2183.75 |
| SERVICEACCESSO | | 42.00 |
| ENVIRONMENTAL | | 42.00 |
| TRUCK#15269 | | 225.00 |
| TRUCK#36736 | | 348.75 |
| SUB TOTAL ==> | | 6941.50 |
| 4% STATE | | 277.66 |
| 5% ST. CHARLES | | 155.45 |
| CUSTOMER TOTAL | | 7374.61 |

15020LG

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NORTRAX**

| | | | | | |
|---|---|---|---|---|---|
| 6321 Masonic Drive Alexandria,LA 71301 318-442-0455 | 10110 Dawdale Avenue Baton Rouge,LA 70816 225-291-3750 | 17312 Norwel Drive' Covington,LA 70435 985-893-3005 | 10258 Airline Highway St. Rosa,LA 70087 504-466-5577 | 3519 Hwy 90 East Broussard,LA 70518 337-837-9481 | |
| 2454 McCullough Blvd. Belden,MS 38826 662-844-8212 | 1505 Corporate Ave. Memphis,TN 38132 901-345-5294 | 5725 Greenwood Road Shreveport,LA 71119 318-631-3090 | 413 South Eastman Road Longview,TX 75602 903-758-3328 | 4006 Elfen Troot Drive Lufkin,TX 75903 936-634-8801 | 737D Frontage Road Monroe, LA 71202 318-343-8787 | 743 Airways Blvd. Jackson,TN 38301 731-422-2542 |

| Ship To: | UNITED EQ & STEEL SUPPLY INC 1674 HWY 39 PLAQUEMINES LA 70040 | | |
|---|---|---|---|

| Invoice To: | UNITED EQUIPMENT & STEEL SUPPLY INC 25201 ALICIA STE 118 LAGUNA HILLS CA 92653 | | |
|---|---|---|---|

**Branch:** SAINT ROSE, LA *REPRINT*

| Date | Time | Page |
|---|---|---|
| 7/27/07 | 01:18:11 (B) | 01 |

| Account No. | Phone No. | Invoice No. |
|---|---|---|
| 0000380990 | 949.3809900 | C40005 |

| Ship Via | Purchase Order |
|---|---|
| 15061LG | NEED PO |

| Sales Tax Licence No. | |
|---|---|

**Salesperson** 79

---

## DESCRIPTION

| STK# 619802 | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| | 270DLC EXCAVATOR | 349 | FF270DX703483 | | |
| | 270DLC          S | | PE6068L005575 | | |

REPAIR# 01 C CUST  XTRAVEL      05/07/07 05/07/07
TRAVEL TIME TO CUSTOMER JOBSITE

REPAIR# 02 C CUST  XQUOTE       05/07/07 05/07/07
PARTS DELIVERED TO UNITED STEEL PER DON'S REQUEST.

| A47436JRB | CROSS OVER VALV | 1 N | 294.57 | 294.57 |
|---|---|---|---|---|
| FRT | SHIP & HANDLING | 3 | 128.66 | 385.97 |
| T56112 | ELBOW FITT | 2 | 5.92 | 11.84 |
| 104025200175 | BOLT | 2 N | 2.66 | 5.32 |
| 162025000000 | LOCK WASHER | 2 N | 3.50 | 7.00 |
| 46036-03 | STRAIGHT ADAPTE | 4 N | 17.30 | 69.20 |
| 46052-03 | "T" ADAPTER | 2 N | 34.50 | 69.00 |
| 46055-22 | ELBOW FITTING | 4 N | 26.75 | 107.00 |
| 46082-07B | QUICK COUPLER | 2 N | 37.25 | 74.50 |
| 46193-08 | CLAMP | 2 N | 47.14 | 94.28 |
| 580043-37 | HOSE ASSY | 2 N | 64.43 | 128.86 |
| 580043-53 | HOSE ASSY | 2 N | 91.14 | 182.28 |
| 580051-42 | JUMP HOSE | 2 N | 78.57 | 157.14 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | PARTS | 1586.96 |
| 10401101 | | REPAIR TOTAL==> | | 1586.96 |

|  |  |  |
|---|---|---|
| | **** WORK ORDER TOTALS **** | |
| | PARTS | 1586.96 |
| | SUB TOTAL ==> | 1586.96 |
| | 4% STATE | 63.47 |
| | PLAQUEMINES PARISH | 47.61 |
| 15061LG | CUSTOMER TOTAL | 1698.04 |

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NORTRAX**

| | |
|---|---|
| 8321 Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Doradale Avenue<br>Baton Rouge, LA 70816<br>225-291-3705 |
| 17312 Norwel Drive<br>Covington, LA 70435<br>985-893-3005 | 10288 Airline Highway<br>St. Rose, LA 70087<br>504-468-9577 |
| 3519 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9481 | |

| | | | |
|---|---|---|---|
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-6294 | 8725 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-758-3329 |
| 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 | |

Ship To:
```
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA  70040
```

Invoice To:
```
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA  92653
```

| Branch | | | |
|---|---|---|---|
| SAINT ROSE, LA *REPRINT* | | | |
| Date<br>7/27/07 | Time<br>01:18:11 (B) | | Page<br>01 |
| Account No.<br>0000380990 | Phone No.<br>949 3809900 | | Invoice No.<br>C40152 |
| Ship Via<br>15062LG | | Purchase Order<br>NEED PO | |
| Sales Tax Licence No. | | | |
| | | | Salesperson<br>79 |

## DESCRIPTION

| STK#<br>023765 | MAINTENANCE CONTRACT<br>MAINT | HRS | PIN/EIN<br>X MAINTENANCE | WARRANTY DATE<br>CONTRACT | HRS |
|---|---|---|---|---|---|
| | S | | | | Fold→ |

```
REPAIR# 01 C 12022 XMISC        06/13/07 06/13/07
MODEL # HIT 450LC-3
SERIAL # FF01J30020772
DATE: 06.11.07    HOURS: 210
ENGINE OVERHEAT. FOUND CLOGGED RADIATOR SCREENS. REMOVE AND
CLEAN SCREENS. HYDRAULIC LEAK ON GRAPPLE FOUND BLOWN O-RING
AND LOOSE FITTING. REPLACE O-RING AND MALE ADAPTER. RAN
MACHINE. CHECK FOR LEAKS.
DATE: 06.15.07    HOURS: 260
BROKEN ELECTRIC CONNECTOR. INSPECT/FOUND MASHED CONNECTOR.
CONNECTOR COULD NOT BE REPAIRED. ORDERED PARTS TO REPLACE.
```

| | | | | | |
|---|---|---|---|---|---|
| AT179370 | FILTER ELE | 2 | | 75.00 | 150.00 |
| AT179371 | FILTER ELE | 2 | | 77.00 | 154.00 |
| TY25852 | TORQ-GARD SUPRE | 6 | | 80.08 | 480.48 |
| 1132402322 | FILTER | 2 | | 45.38 | 90.76 |
| 4649267 | FUEL FILTER | 2 | O | 49.49 | 98.98 |
| 8980088400 | FUEL FILTER | 2 | | 25.43 | 50.86 |
| | | | PARTS | | 1025.08 |
| | | | LABOR | | 1781.25 |
| 10401101 | | REPAIR TOTAL==> | | | 2806.33 |

```
REPAIR# 02 C 12022 XMISC        06/13/07 06/13/07
MODEL # IRV638 VERGATRANBLER
SERIAL # A2ZW11023
DATE: 06.12.07    HOURS: 124
DROVE TO JOBSITE. REMOVED DAMAGED CYLINDER AND LINES FROM
BUCKET ON IR V 638. DON WILL ORDER PARTS.
```

| | | | |
|---|---|---|---|
| | | LABOR | 1092.50 |
| 10401101 | REPAIR TOTAL==> | | 1092.50 |

```
REPAIR# 03 C 12022 XMISC        06/15/07 06/15/07
```

CONTINUED ON PAGE 02

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

# NORTRAX

| | | | | | |
|---|---|---|---|---|---|
| 6321 Masonic Drive Alexandria,LA 71301 318-442-0455 | 10110 Deradale Avenue Baton Rouge,LA 70816 225-291-3750 | 17312 Norwal Drive Covington,LA 70435 985-893-3005 | 10288 Airline Highway St. Rose,LA 70087 504-468-6577 | 3519 Hwy 90 East Broussard,LA 70518 337-837-8481 | |
| 2454 McCollough Blvd. Belden,MS 38826 662-844-3212 | 1505 Corporate Ave. Memphis,TN 38132 901-345-5294 | 6725 Greenwood Road Shreveport,LA 71119 318-631-3080 | 413 South Eastman Road Longview,TX 75602 903-758-3325 | 4006 Ellen Trout Drive Lufkin,TX 75903 936-634-8801 | 7370 Frontage Road Monroe, LA 71202 318-343-8787 | 743 Airways Blvd. Jackson,TN 38301 731-422-2542 |

| Ship To: | UNITED EQ & STEEL SUPPLY INC 1674 HWY 39 PLAQUEMINES LA  70040 |
|---|---|

| Invoice To.: | UNITED EQUIPMENT & STEEL SUPPLY INC 25201 ALICIA STE 118 LAGUNA HILLS CA  92653 |
|---|---|

| Branch | | |
|---|---|---|
| SAINT ROSE, LA | | |
| Date | Time | Page |
| 7/27/07 | 01:18:11  (B) | 02 |
| Account No. | Phone No. | Invoice No. |
| 0000380990 | 949 3809900 | C40152 |
| Ship Via | Purchase Order | |
| 15062LG | NEED PO | |
| Sales Tax License No. | | |
| | | Salesmen 79 |

## DESCRIPTION

| STK# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 023765 | MAINTENANCE CONTRACT MAINT           S | | X MAINTENANCE CONTRACT | | |

MODEL # MACK TRUCK
SERIAL # N/A
DATE: 06.13.07     HOURS: N/A
DROVE TO JOBSITE. REMOVE DASH TO ACCESS VALVE. REMOVE
CYLINDER.

|  | LABOR | 831.25 |
|---|---|---|
| 10401101 | REPAIR TOTAL==> | 831.25 |

REPAIR# 04 C 12022 XMISC     06/20/07 06/20/07
MODEL # BOBCAT VERHAL
SERIAL # N/A
DATE: 06.19.07     HOURS: N/A
STRAIGHTEN OUT GRAPPLES FOR BOBCAT LOADER. TROUBLE SHOOT
AIR LEAK ON INTERNAL TRACK. FOUND BAD BRAKE VALVE. REMOVE
AND INSTALL.

|  | LABOR | 1116.25 |
|---|---|---|
| 10401101 | REPAIR TOTAL==> | 1116.25 |

REPAIR# 05 C 12022 XMISC     06/15/07 06/15/07
MODEL # JD270LC
SERIAL # 703483
DATE: 06.15.07     HOURS: 540
COMPLAINT: HYDRAULIC LEAK ON SHEERE. REMOVED COVER. INSPECT.
FOUND BOLT NOT TIGHT AND BLOWN O-RING. HAD TO RETAP HOLE.
INSTALL NEW O-RING. REINSTALL LINE. RAN MACHINE. CLEAN OIL
FROM AREA. CHECK FOR LEAKS. REINSTALL COVER. LINE REPAIRED
1ST LINE ON LEFT ON CYLINDER.
-----
DATE: 06.18.07     HOURS: 544
INSTALLED CLAMPS ON BOOM LINES. HAD TO REPOSITION STEEL
TAPE. REPAIR HYDRAULIC LEAK ON HYDRAULIC HOSE. REPLACE

CONTINUED ON PAGE 03

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NORTRAX**

| | | | |
|---|---|---|---|
| 6921 Masonic Drive Alexandria,LA 71301 318-442-0495 | 10110 Dardale Avenue Baton Rouge,LA 70816 225-291-8750 | 17812 Norwel Drive Covington,LA 70435 985-893-9005 | 10286 Airline Highway St. Rose,LA 70087 504-466-9577 | 3519 Hwy 90 East Broussard,LA 70518 337-837-8481 |

| | | | |
|---|---|---|---|
| 2454 McCullough Blvd. Belden,MS 38826 662-844-3212 | 1509 Corporate Ave. Memphis,TN 38132 901-345-5294 | 8725 Greenwood Road Shreveport,LA 71119 318-631-3090 | 413 South Eastman Road Longview,TX 75602 903-753-3326 | 4006 Ellen Trout Drive Lufkin,TX 75903 936-634-8801 | 7370 Frontage Road Monroe, LA 71202 318-343-8787 | 743 Airways Blvd. Jackson,TN 38301 731-422-2542 |

Ship To:
```
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA  70040
```

Invoice To:
```
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA  92653
```

| Branch | | |
|---|---|---|
| SAINT ROSE, LA | | |
| Date 7/27/07 | Time 01:18:11 (B) | Page 03 |
| Account No. 0000380990 | Phone No. 949 3809900 | Invoice No. C40152 |
| Ship Via 15062LG | Purchase Order NEED PO | |
| Sales Tax License No. | | |
| | | Salesperson 79 |

## DESCRIPTION

| STK# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 023765 | MAINTENANCE CONTRACT | X | MAINTENANCE CONTRACT | | |
| | MAINT S | | | | Fold→ |
| O-RING. RAN MACHINE. CHECK FOR LEAKS. NONE FOUND. | | | | | |
| FRT | SHIP & HANDLING | 1 | 21.75 | | 21.75 |
| 19M7363 | CAP SCREW | 3 | 3.21 | | 9.63 |
| 24M7345 | WASHER | 3 O | 2.17 | | 6.51 |
| 4189859 | CLAMP;PIPE | 3 N | 24.23 | | 72.69 |
| 4190126 | CLAMP;PIPE | 3 O | 18.68 | | 56.04 |
| | | | PARTS | | 166.62 |
| | | | LABOR | | 570.00 |
| 10401101 | | | REPAIR TOTAL==> | | 736.62 |

```
REPAIR# 06 C 12022 XMISC        06/20/07 06/20/07
MODEL # JD744J
SERIAL # 608436
DATE: 06.18.07   HOURS: 927
REMOVE SIDE COVER. INSTALL GREASE FITTING IN REAR OF
CYLINDER. INSTALL GREASE LINES. GREASE BEARINGS. REINSTALL
COVER. TROUBLE SHOOT AIR LEAK ON TRACK.
```

| | | | | | |
|---|---|---|---|---|---|
| | | | LABOR | | 617.50 |
| 10401101 | | | REPAIR TOTAL==> | | 617.50 |

| | |
|---|---|
| **** WORK ORDER TOTALS **** | |
| PARTS | 1191.70 |
| LABOR | 6008.75 |
| SERVICEACCESSO | 240.10 |
| ENVIRONMENTAL | 240.10 |
| OUTSIDEPURCH. | 5508.30 |
| TRUCK#36736 | 1289.25 |
| SUB TOTAL ==> | 14478.20 |
| 4% STATE | 579.12 |
| PLAQUEMINES PARISH | 434.35 |

CONTINUED ON PAGE 04

Received By _____

TERMS: Due and payable on receipt of invoice, A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NORTRAX**

| | | | | |
|---|---|---|---|---|
| 6321 Masonic Drive Alexandria, LA 71301 318-442-0455 | 10110 Danadele Avenue Baton Rouge, LA 70816 225-291-3750 | 17312 Norwel Drive Covington, LA 70435 985-893-3005 | 10288 Airline Highway St. Rose, LA 70087 504-466-6577 | 3519 Hwy 90 East Broussard, LA 70518 337-837-9481 |

| | | | | | |
|---|---|---|---|---|---|
| 2454 McCullough Blvd. Belden, MS 38826 662-844-3212 | 1505 Corporate Ave. Memphis, TN 38132 901-345-5294 | 6725 Greenwood Road Shreveport, LA 71119 318-631-3090 | 412 South Eastman Road Longview, TX 75602 903-758-3326 | 4006 Ellen Trout Drive Lufkin, TX 75903 936-634-8801 | 7370 Frontage Road Monroe, LA 71202 318-343-8787 | 743 Airways Blvd. Jackson, TN 38301 731-422-2542 |

Ship To:
```
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA   70040
```

Invoice To:
```
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA   92653
```

| Branch | | | |
|---|---|---|---|
| SAINT ROSE, LA | | | |
| Date | Time | | Page |
| 7/27/07 | 01:18:11 (B) | | 04 |
| Account No. | Phone No. | | Invoice No. |
| 0000380990 | 949 3809900 | | C40152 |
| Ship Via | Purchase Order | | |
| 15062LG | NEED PO | | |
| Sales Tax Licence No. | | | |
| | | | Salesperson |
| | | | 79 |

## DESCRIPTION

| STK# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 023765 | MAINTENANCE CONTRACT | X | MAINTENANCE CONTRACT | | |
| | MAINT            S | | | | |
| 15062LG | | | | | |

CUSTOMER TOTAL                 15491.67

Fold→

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NORTRAX**

| | | | | |
|---|---|---|---|---|
| 6321 Masonic Drive Alexandria,LA 71301 318-442-0455 | 10110 Daradale Avenue Baton Rouge,LA 70816 225-291-3750 | 17312 Norwel Drive Covington,LA 70435 985-893-3005 | 10288 Airline Highway St. Rose,LA 70087 504-466-5577 | 3519 Hwy 80 East Brouseard,LA 70518 337-837-9481 |
| 2454 McCullough Blvd. Belden,MS 38826 662-844-3212 | 1505 Corporate Ave. Memphis,TN 38132 901-345-5294 | 5725 Greenwood Road Shreveport,LA 71119 318-631-3090 | 413 South Eastman Road Longview,TX 75602 903-758-3328 | 4006 Ellen Trout Drive Lufkin,TX 75903 936-634-8801 | 7370 Frontage Road Monroe, LA 71202 318-343-8787 | 743 Airways Blvd. Jackson,TN 38301 731-422-2642 |

**Ship To:**
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA  70040

**Invoice To:**
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA  92653

Branch
SAINT ROSE, LA *REPRINT*

| Date | Time | Page |
|---|---|---|
| 7/27/07 | 01:18:11 (B) | 01 |

| Account No. | Phone No. | Invoice No. |
|---|---|---|
| 0000380990 | 949 3809900 | C40153 |

| Ship Via | Purchase Order |
|---|---|
| 15063LG | NEED PO |

Sales Tax License No.

Salesperson
79

## DESCRIPTION

| STK# | | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|---|
| 590898T | 744J 4WD LOADER | | 921 | DW744JX608436 | | |
| | 744J | S | | RG6125H056362 | | Fold— |

REPAIR# 01 C 12022 XTRAVEL          06/13/07 06/15/07
TRAVEL TIME TO CUSTOMER JOBSITE
ON 6-13-07 got call that steering went out and major
hydro leak.Found broken hose ends.Removed guards to
acsess lines. On 6-14-07 went to get lines made, replaced
and topped hydro oil off.Found grease fitting broken,
tapped out threads, replaced.

| | | | | LABOR | | 177.75 |
|---|---|---|---|---|---|---|
| 10401101 | | | | REPAIR TOTAL==> | | 177.75 |

REPAIR# 02 C 12022 XMISC          07/05/07 07/05/07
R&R STEERING CYLINDER PIN

| STK# | Description | Qty | Price | Amount |
|---|---|---|---|---|
| AR69444 | OIL | 3 | 46.03 | 138.09 |
| AT202897 | PIN * | 1 N | 62.41 | 62.41 |
| SN2K10-58 | HOSE ASSY | 1 | 48.09 | 48.09 |
| SN2K10-67 | HOSE ASSY | 1 | 49.89 | 49.89 |
| T176064 | BUSHING | 1 M | 8.26 | 8.26 |
| T176928 | WASHER | 2 N | 1.69 | 3.38 |
| T77932 | O-RING | 2 | .66 | 1.32 |
| 19M7488 | CAP SCREW | 1 | 1.16 | 1.16 |
| 24H1595 | WASHER | 4 | .56 | 2.24 |
| 38H1018 | TEE FITTIN | 1 M | 15.54 | 15.54 |
| 830-TT-10 | CAP | 1 | 3.11 | 3.11 |
| 839-TT-10 | PLUG | 1 | 3.34 | 3.34 |
| | | | PARTS | 336.83 |
| | | | LABOR | 475.00 |
| 10401101 | | | REPAIR TOTAL==> | 811.83 |

**** WORK ORDER TOTALS ****
CONTINUED ON PAGE 02

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

**NOR TRAX**

| | | | | |
|---|---|---|---|---|
| 5321 Masonic Drive<br>Alexandria, LA 71301<br>318-442-0455 | 10110 Dersdale Avenue<br>Baton Rouge, LA 70816<br>225-291-3760 | 17312 Norwel Drive<br>Covington, LA 70435<br>985-893-3005 | 10288 Airline Highway<br>St. Rose, LA 70087<br>504-469-5577 | 3518 Hwy 90 East<br>Broussard, LA 70518<br>337-837-9481 |
| 2454 McCullough Blvd.<br>Belden, MS 38826<br>662-844-3212 | 1505 Corporate Ave.<br>Memphis, TN 38132<br>901-345-5284 | 6726 Greenwood Road<br>Shreveport, LA 71119<br>318-631-3090 | 413 South Eastman Road<br>Longview, TX 75602<br>903-759-3328 | 4006 Ellen Trout Drive<br>Lufkin, TX 75903<br>936-634-8801 | 7370 Frontage Road<br>Monroe, LA 71202<br>318-343-8787 | 743 Airways Blvd.<br>Jackson, TN 38301<br>731-422-2542 |

Ship To:

```
UNITED EQ & STEEL
SUPPLY INC
1674 HWY 39
PLAQUEMINES LA  70040
```

Invoice To:

```
UNITED EQUIPMENT & STEEL
SUPPLY INC
25201 ALICIA STE 118
LAGUNA HILLS CA  92653
```

Branch: **SAINT ROSE, LA**

| Date | Time | | Page |
|---|---|---|---|
| 7/27/07 | 01:18:11 (B) | | 02 |

| Account No. | Phone No. | Invoice No. |
|---|---|---|
| 0000380990 | 949 3809900 | C40153 |

| Ship Via | Purchase Order |
|---|---|
| 15063LG | NEED PO |

Sales Tax License No.

Salesperson: 79

## DESCRIPTION

| STK# | | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|---|
| 590898T | 744J 4WD LOADER | | 921 | DW744JX608436 | | |
| | 744J | S | | RG6125H056362 | | |
| | | | | PARTS | | 336.83 |
| | | | | LABOR | | 652.75 |
| | | | | SERVICEACCESSO | | 26.11 |
| | | | | ENVIRONMENTAL | | 26.11 |
| | | | | TRUCK#36736 | | 234.00 |
| | | | | SUB TOTAL ==> | | 1275.80 |
| | | | | 4% STATE | | 37.55 |
| 15063LG | | | | PLAQUEMINES PARISH | | 28.17 |
| | | | | CUSTOMER TOTAL | | 1341.52 |

Received By _____

TERMS: Due and payable on receipt of invoice. A MONTHLY SERVICE CHARGE OF 1 1/2%(or the highest amount permitted by applicable State Law) of the unpaid balance (18% ANNUAL PERCENTAGE RATE) will be added to all accounts unpaid by the last day of the month following the statement date and buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

ATTORNEYS AT LAW

# MᴄGLINCHEY STAFFORD PLLC

**M. BRENT HICKS**
(225) 382-3622
Fax (225) 343-3076
bhicks@mcglinchey.com

BATON ROUGE
NEW ORLEANS
HOUSTON
JACKSON
CLEVELAND
MONROE
DALLAS
ALBANY

August 2, 2007

Via Certified Mail #7005 1820 0006 0553 8349
Return Receipt Requested
United Steel Supply, Inc.
25201 Paseo De Alicia, Suite 118
Laguna Hills, CA 92653

Via Certified Mail #7005 1820 0006 0553 8356
Return Receipt Requested
United Steel Supply, Inc.
3155 East Patrick Lane, Suite 1
Las Vegas, NV 89120-3481

Via Certified Mail #7005 1820 0006 0553 8363
Return Receipt Requested
United Steel Supply, Inc.
through its registered agent:
Incorp Services, Inc.
3867 Plaza Tower Drive, 1ˢᵗ Floor
Baton Rouge, LA 70816

RE:    Nortrax South
       Our File No. 019742.0111

Dear Sir:

We have been retained by Nortrax South, Inc. to collect those sums due it by you in the amount of $76,196.75 broken down as follows:  Nortrax internal account: $59,004.28 and Power Plan account: $17,192.47.  Please contact me to discuss this matter.  Otherwise, please send your payment made payable to McGlinchey Stafford to our office at One American Place, 14ᵗʰ Floor, Baton Rouge, LA 70825.  Include our file number 019742.0111 on your payment to ensure proper posting.

Sincerely,

McGlinchey Stafford, PLLC

M. Brent Hicks

MBH/std
cc:    Addressee via Regular Mail
       Ms. Amanda Nealy

EXHIBIT
B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United Steel Supply, Inc.
25201 Paseo De Alicia, Suite 118
Laguna Hills, CA 92653

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2222/19742 - 0111

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 1820 0006 0553 8349

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United Steel Supply, Inc.
3155 East Patrick Lane, Suite 1
Las Vegas, NV 89120-3481

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                   8/6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2222/19742-0111

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 1820 0006 0553 8356

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

☒ Agent
☐ Addressee

B. Received by ( *Printed Name*)   C. Date of Delivery

8/8/07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2222/1974Z-0111

1. Article Addressed to:

United Steel Supply, Inc.
through its registered agent:
Incorp Services, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, LA 70816

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)

7005 1820 0006 0553 8363

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

W.L. DOGGETT, L.L.C., D/B/A     *   CIVIL ACTION NO. 08-1294
DOGGETT MACHINERY SERVICES, L.L.C.    *
               *
       Plaintiff,         *
               *
VERSUS              *   SECTION "S"
               *
UNITED STEEL SUPPLY, INC.,      *   JUDGE LEMMON
               *
       Defendant.      *   MAGISTRATE KNOWLES
               *

**********************************************

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, personally came and appeared:

### RICHARD L. LOGAN

who, after being duly sworn and deposed, did state that:

1.

He is employed by W.L. Doggett, LLC d/b/a Doggett Machinery Services, LLC

("Doggett") as the General Manager of its Kenner location.

2.

He is personally familiar with the transaction between United Steel Supply, Inc. ("United

Steel") and Norwell Equipment Company d/b/a Nortrax Equipment Company South ("Nortrax")[1]

for a specialized excavator, represented by Purchase Order no. USS LA-07-194.

3.

On or about May 15, 2007, United Steel presented purchase order, no. USS LA-07-194,

to Nortrax for the purchase of a specialized excavator, namely, a 2007 John Deere 350D

---

[1]On or about September 23, 2007, Doggett purchased all accounts receivables and inventory of Norwell Equipment
Company d/b/a Nortrax Equipment Company South ("Nortrax").



EXHIBIT
2

Excavator with a 68" Aluminum Wound ("excavator"), for $350,229.50.  (See Purchase Order attached as Exhibit A).

4.

The Purchase Order included the cost of modifying the excavator in accordance with specifications identified by United Steel.

5.

Nortrax accepted the Purchase Order and modified the 2007 John Deere 350D Excavator to United Steel's specification.

6.

The modifications required the special-ordering and attachment of a Winkle EDSA magnet with chain, and a Dynaset 20KW generator with custom installation brackets to the excavator.

7.

The Winkle EDSA magnet with chain was purchased by Nortrax for $16,871.10 (See Nortrax Purchase Order No. BRI01013 attached as Exhibit B) and the Dynaset 20KW generator with custom installation brackets was purchased by Nortrax for $30,675.00 (See Nortrax Purchase Order No. BRI01009 attached as Exhibit C).  These specialized parts were then attached to the excavator by Nortrax.

8.

Nortrax incurred costs of $47,546.10 to purchase and install the specialized attachments requested by United Steel.

9.

Upon completion of the modifications, Nortrax advised United Steel that the excavator was ready for delivery and asked for payment.

10.

United Steel never provided payment for the excavator; therefore, it was never delivered.

11.

The addition of the highly specialized parts to the excavator made it a unique piece of equipment specifically designed by Untied Steel for its exclusive use.

12.

With the specialized attachments, the excavator is not saleable to any other entity.

13.

In order to mitigate its damages, Doggett has now removed the specialized attachments from the excavator, at a cost of $264.75, in order to return the excavator to a more saleable condition.  (See Doggett internal invoices attached as Exhibit D)

14.

Despite its best efforts, Doggett has been unable to sell the excavator, which is now considered a late-model and therefore less valuable, nor has it been able to sell the highly specialized parts.

15.

Based upon my knowledge and experience as a general manager of a heavy equipment dealer, I believe Doggett has sustained a lost profit in the amount of $40,500.00 as a result of United Steels' failure to purchase the excavator.

16.

Additionally, Doggett continued to store and maintain the excavator and the specialized parts at its yard in Kenner, Louisiana, at a cost of approximately $35.00 per day unit .  Cost for storage through May 9, 2008 is $10,640.00. As of this date, the machine was placed on rent with another customer.

17.

United Steel's failure to perform its obligation to purchase the 2007 John Deere 350D Excavator with a 68" Aluminum Wound has caused damages to Doggett in the form of, expenses, lost profits, delay, and storage and maintenance costs, totaling approximately $98,950.85.

18.

The affiant stated no further.

WITNESSES:

_Laura A Gomey_

_P M Sute_

_Rich L 2_

Richard L. Logan, Affiant

Sworn to and subscribed before me, this _12th_ day of September, 2008.

_Joan P Mahoon_

Notary Public, No. _55714_

Printed Name: _Joan P Mahassa_

My Commission Expires: _death_

[SEAL]

306507.1

May Jul. 27. 2007 11:45AM  Cen        RAX NO            33B08906No, 2185   P. 2/3

# UNITED STEEL SUPPLY, INC.

## PURCHASE ORDER

United Steel Supply, Inc.
25701 Paseo De Alicia, Suite 118
Laguna Hills, CA 92653
Tel: (949) 380-9900, Fax: (949) 380-9905
Email: Sabrina@UnitedCement.com

P.O. NO.: USS LA-07-194
DATE: May 15, 2007
CUSTOMER ID: Nortrax South

VENDOR
Nortrax South
10288 Airline Hwy.
St. Rose, LA 70087
504-466-5577

SHIP TO
United Steel Supply, Inc.
1674 Highway 29
Braithwaite, Louisiana 70040
Tel: (949) 380-9900
Fax: (949) 380-9905
Attn: Sabrina Hong Ma

| SHIPPING METHOD | SHIPPING TERMS | | DELIVERY DATE | |
|---|---|---|---|---|
| QTY | DESCRIPTION | | UNIT PRICE | LINE TOTAL |
| 1 | 2007 John Deere J500 Excavator Widdle 65" aluminum wound | | $ | 326,850.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | All invoices Need to Cary Purchase Order Numbers | | | |
| | As per attached invoice. | | | |

1. Please send two copies of your invoice.
(All invoices MUST include United Steel Supply's PO number)

2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.

3. Please notify us immediately if you are unable to ship as specified.

4. Send all correspondence to:
United Steel Supply, Inc.
25701 Paseo De Alicia, Suite 118
Laguna Hills, CA 92653
Tel: (949) 380-9900
Fax: (949) 380-9905

| | | |
|---|---|---|
| SUBTOTAL | $ | 326,850.00 |
| Document Fees | $ | 500.00 |
| TAX | | $22,879.50 |
| TOTAL | $ | 350,229.50 |

Authorized By: 5/15/07

Exec. Vice President



EXHIBIT

A

# WINKLE G

Winkle Industries
2080 West Main Street, Alliance, Ohio 44601
Tel: 330.823.9730 Fax: 330.823.9788

INVOICE NO.
PAGE
DATE
SALESMAN

Fed ID: 34-0734194

REMIT PAYMENT TO:
**WINKLE INDUSTRIES**
P.O. BOX 20846
CANTON, OHIO 44701

Fed ID:
1010
~~JOAN MATASSA~~ Janice Abadie
NORTRAX SOUTH
BATON ROUGE REGIONAL
PO BOX 15269-70895
BATON ROUGE LA 70816
USA

**BILL TO**

2
KENNER
10288 AIRLINE HWY
ST. ROSE LA 70087
USA

**SHIP TO**

| ORDER # | PURCHASE ORDER NUMBER | PKGS | PPD | WEIGHT | SHIP VIA | TERMS |
|---------|----------------------|------|-----|--------|----------|-------|
| MGM0327 | BRI01013 | 1 | | 3,300.00 | R+L CARRIERS | NET 30 DAYS |

| LINE/REL | QUANTITY ORDERED | QUANTITY SHIPPED | QTY. BACKORDERED | UNIT PRICE | EXTENDED PRICE |
|----------|------------------|------------------|------------------|------------|----------------|
| 1 | 1.000 | 1.000 | 0.000 | 16,020.00000 | 16,020.00 |

Item: 48EDSAM11625D199

Description: 48" WINKLE EDSA MAGNET W/CHAIN
U/M: EA
Date Shipped: 06/06/07

AUTHORITY: JOEY POWELL 504-466-5577

**FREIGHT: PPD & ADD
FOB: SHIPPING POINT
TRACKING# 82326527-1

REF: WINKLE QUOTE DATED 05/17/2007

***COPY OF FREIGHT BILL TO FOLLOW***

15800101     16,020⁰⁰   $0.2916  "C"
15800101        851¹⁰    $0.2916  "O"

| | |
|---|---|
| SALES AMOUNT | 16,020.00 |
| MISC. CHG. | 0.00 |
| FREIGHT | 851.10 |
| SALES TAX | 0.00 |
| PREPAID AMOUNT | |
| TOTAL | 16,871.10 |

**EXHIBIT**
**B**

CUSTOMER DUPLICATE



JRB Custom Works
Kernersville NC

Invoice Number:   550
Page: 1 of 1
Date:  6/29/2007
Salesperson:  J CROOK

**Please remit to:**
JRB Attachments L.L.C.
PO Box 74208
Cleveland, OH 44194-4208

Tax ID:

# Regular Invoice

| B I L L T O | Accounts Payable<br>NORTRAX SOUTH<br>10110 DARADALE AVENUE<br>BATON ROUGE LA 70816<br>USA | 27701 0 | S H I P T O | NORTRAX SOUTH<br>10110 DARADALE AVENUE<br>BATON ROUGE LA 70816<br>USA |

| Order | Purchase Order | | Ship Via | FOB | Terms |
|---|---|---|---|---|---|
| KER0000457 | BRI01009 | | Best Way | Plant | Net 30 |

| Line | Qty Ordered | Qty Shipped | Back Order | Item Number | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 1.00 | 1.00 | 0.00 | DS20KWGEN | 25,600.0000 | EA | 25,600.00 USD |
| | Date Shipped: 6/29/2007 | | | DYNASET 20KW HT DRIVE GENERATOR SET | | | |
| 2 | 1.00 | 1.00 | 0.00 | IN-HB-GENSET | 3,000.0000 | EA | 3,000.00 USD |
| | Date Shipped: 6/29/2007 | | | INSTALL GENERATOR SET | | | |
| 3 | 1.00 | 1.00 | 0.00 | IN-CUSTOM | 1,500.0000 | EA | 1,500.00 USD |
| | Date Shipped: 6/29/2007 | | | CUSTOM INS- INC HOSES & BRACKETS (GENSET | | | |
| 4 | 1.00 | 1.00 | 0.00 | FREIGHT | 400.0000 | EA | 400.00 USD |
| | Date Shipped: 6/29/2007 | | | FREIGHT GENSET | | | |
| 5 | 1.00 | 1.00 | 0.00 | FREIGHT-2 | 175.0000 | EA | 175.00 USD |
| | Date Shipped: 6/29/2007 | | | FREIGHT KERNERSVILLE INBOUND-MACHINE | | | |

*15800101   3067500   BRI01009*

**EXHIBIT**
**C**

## STANDARD CONDITIONS APPLYING TO ALL TRANSACTIONS

All orders are subject to the acceptance of our main office, and unless otherwise stated, all sales are made F.O.B. point of shipment, and each shipment or delivery shall be considered a separate and independent transaction. Shipping dates given in advance of actual shipment are estimated, and deliveries will be made subject to prior orders on file with us; we shall not be liable for delays resulting from causes beyond our reasonable control or caused by fire, labor difficulties or delays in our usual sources of supply. Shipping dates are subject to delays resulting from preference ratings or priority shipments ordered or requested by the United States Government or by any department, commission or agent thereof, and the Corporation shall not be liable for any such delays. If, in our judgment, the financial condition of the purchaser at the time merchandise is ready for shipment does not justify the terms of payment specified, we reserve the right to require payment in cash before shipment or delivery. We shall not, under any circumstances, be liable for special or consequential damages on account of delay in furnishing merchandise contracted for or on account of the use or resale of such merchandise. No sales representative of the Company has authority to alter, vary or waive any of the foregoing standard conditions. Advance request with original invoice number must be ...ized before return of any merchandise. 20% restocking charge applicable Only stock items can be considered

| Sales Amount | 30,675.00 |
|---|---|
| Misc Charges | 0.00 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| | 0.00 |
| Prepaid Amount | 0.00 |
| | 30,675.00 |

DOGGETT MACHINERY SERVICES

| | | | | |
|---|---|---|---|---|
| 2851 E. Napoleon STE. 1 | 413 South Eastman Road | 6321 Masonic Drive | 17312 Norwel Drive | 10288 Airline Highway |
| Sulphur, LA 70663 | Longview, TX 75602 | Alexandria, LA 71301 | Covington, LA 70435 | St. Rose. LA 70087 |
| 337-626-8602 | 903-758-3328 | 318-442-0455 | 985-893-3005 | 504-466-5577 |
| 10110 Dorsdale Ave | 3861 Highway 64 W | 6725 Greenwood Road | 4006 Ellen Trout Drive | 3519 Hwy 90 East |
| Baton Rouge, LA 70816 | Tyler, TX 75704 | Shreveport, LA 71119 | Lufkin, TX 75904 | Broussard, LA 70518 |
| 225-291-3750 | 903-526-4466 | 318-631-3090 | 936-634-8601 | 337-837-9481 |
| | | | 7370 Frontage Road | |
| | | | Monroe, LA 71202 | |
| | | | 318-343-8787 | |

| Ship to: | SAME AS BELOW | Branch | SAINT ROSE, LA *REPRINT* | | |
|---|---|---|---|---|---|
| | | Date 1/12/08 | Time 01:06:51 (B) | Page 01 | |
| | | Account No. 98000 | Phone No. 000 0000000 | Invoice No. C41083 | |
| Invoice to: | DOGGETT INT SALES/RENTAL | Ship Via | | Purchase Order | |
| | | Sales Tax Licence No. | | | |
| | | | | Salesperson 798 | |

## DESCRIPTION

| STK# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 628387 | 350DLC EXCAVATOR | 8 | FF350DX806014 | | |
| | 350DLC | | RG6090L019712 | | |

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS. IF WE CAN BE
OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE MANAGER, JIM BAKER AT
504-466-5577.

REPAIR# 01 C 12769 XMISC      01/08/08 01/09/08
 remove magnet from machine and disconnect genset                   1.50 HRS
                                          LABOR        112.50
               52007212         REPAIR TOTAL==>        112.50

REPAIR# 02 C 12769 XMISC      01/08/08
 remove thumb

                          **** WORK ORDER TOTALS ****
                                INTERNAL       CUSTOMER
                      LABOR      112.50
              INTERNAL TOTAL     112.50



EXHIBIT
D

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 60 days past due from the date of the invoice are subject to a late fee on the unpaid balance (15% annual percentage rate or the highest amount permitted by applicable **STATE LAW**). Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.

| | 2651 E. Napoleon STE. 1 | 413 South Eastman Road | 6321 Masonic Drive | 17312 Norwel Drive | 10266 Airline Highway |
|---|---|---|---|---|---|
| | Sulphur, LA 70663 | Longview, TX 75602 | Alexandria, LA 71301 | Covington, LA 70435 | St. Rose, LA 70087 |
| | 337-628-8502 | 903-758-3326 | 318-442-0455 | 985-893-3005 | 504-466-5577 |
| 10110 Daradale Ave | 3861 Highway 64 W | 6725 Greenwood Road | 4008 Ellen Trout Drive | 7370 Frontage Road | 3519 Hwy 90 East |
| Baton Rouge, LA 70816 | Tyler, TX 75704 | Shreveport, LA 71119 | Lufkin, TX 75904 | Monroe, LA 71202 | Broussard, LA 70518 |
| 225-291-3750 | 903-526-4466 | 318-631-3090 | 936-634-8801 | 318-343-8787 | 337-837-9481 |

Branch

SAINT ROSE, LA *REPRINT*

| Date | Time | Page |
|---|---|---|
| 4/29/08 | 01:20:15 (B) | 01 |

| Account No. | Phone No. | Invoice No. |
|---|---|---|
| 98000 | 000 0000000 | C41467 |

**Ship to:** SAME AS BELOW

**Invoice to:** DOGGETT INT SALES/RENTAL

Ship Via

Purchase Order

Sales Tax Licence No.

Salesperson
796

## DESCRIPTION

| STK#/FLEET# | | HRS | PIN/EIN | WARRANTY DATE | HRS |
|---|---|---|---|---|---|
| 628387 | 350DLC EXCAVATOR | 11446 | FF350DX806014 | | |
| | 350DLC | | RG6090L019712 | | |

THANK YOU FOR CHOOSING DOGGETT MACHINERY FOR YOUR SERVICE NEEDS. IF WE CAN BE
OF FURTHER ASSISTANCE, PLEASE CONTACT OUR SERVICE MANAGER, BUD BULLARD AT
504-466-5577.

```
REPAIR# 01 C 12140 XMISC        04/11/08 04/23/08
THIS IS TO REMOVE GENERATOR AND MAGNET FROM MACHINE          2.03 HRS
*TECHNICIANS COMMENTS*****************************************
*                                                            *
*CUT PLATES AND FORM PLATES.                                 *
*<WORK DONE PER DICK LOGAN                                   *
*                                                            *
*************************************************************
                                       LABOR      152.25
          52007221         REPAIR TOTAL==>         152.25
```

```
                          **** WORK ORDER TOTALS ****
                              INTERNAL    CUSTOMER
                LABOR          152.25
          INTERNAL TOTAL       152.25
```

Received By_____

**TERMS:** Due and payable on receipt of invoice. All unpaid invoices greater than 60 days past due from the date of the invoice are subject to a late fee on the unpaid balance (15% annual percentage rate or the highest amount permitted by applicable STATE LAW). Buyer will pay all costs of collection of delinquent accounts including reasonable attorney fees.