## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| W.L. DOGGETT, L.L.C. D/B/A<br>DOGGETT MACHINERY<br>SERVICES, L.L.C. | CIVIL ACTION |
| VERSUS | NO: 08-1294 |
| UNITED STEEL SUPPLY, INC. | SECTION: "S" (3) |

### ORDER

**IT IS HEREBY ORDERED** that W.L. Doggett, L.L.C. d/b/a Doggett Machinery Services, L.L.C.'s unopposed motion for summary judgment on claims of debts owed by United Steel Supply, Inc. is **GRANTED**. (Document #19.)

There are no disputed issues of material fact as to the following amounts owed to Doggett, associated with the purchase and modification of the 2007 John Deere 350D Excavator to United Steel's specifications and invoices for services and goods sold, and Doggett is entitled to judgment as a matter of law. The court awards damages associated with the excavator of $88,310.85 as follows:

$47,546.10   for the purchase and installation of specialized attachments

$    264.75   for the removal of the modification in mitigation of damages

  $40,500.00  for lost profit

The court does not award the requested $10,640 for storage and maintenance of the excavator in Doggett's yard in Kenner, Louisiana.

  The court awards damages associated with the invoices for service charges and goods sold in the amount of $59,004.28. Further, Doggett is entitled to interest on the outstanding balance of the invoices filed in the record of the court at the rate of 18% per annum from the date of each invoice until it is paid, and attorney's fees of 25% of the amount due on the invoices.

  Accordingly, Doggett is awarded a total of $147,315.13 plus interest and attorney's fees.

  New Orleans, Louisiana, this   2   day of October, 2008.

*[signature]*
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE